UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JEFFREY STEPANOVICH,<br><br>      Plaintiff,<br><br>    v.<br><br>KEN CORBETT FARMS, LLC, A GEORGIA LIMITED LIABILITY COMPANY,<br><br>      Defendant. | CASE NO: 7:18-CV-00186-HL |

**DEFENDANT'S NOTICE OF FILING DEPOSITION TRANSCRIPTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

COMES NOW DEFENDANT, Ken Corbett Farms, LLC, ("Defendant" or "KCF"), by and through its undersigned attorneys, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and hereby give Notice of Filing of the transcripts of the depositions of the Plaintiff, Jeffrey Stepanovich, and Exhibits 1, 2, 3, 4, 6, 7, 8, 9, and 11 thereto (attached hereto and incorporated herein as Exhibit "A"), and Kenneth Corbett (attached hereto and incorporated herein as Exhibit "B"), taken on January 23, 2020 in Valdosta, Georgia, in Support of Defendant's Motion For Summary Judgment filed herein on March 2, 2020.

CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 5.1, the undersigned counsel for Defendant certify that the following documents attached hereto and incorporated herein are being used in support of Defendant's Motion for Summary Judgment and are required to be filed in these proceedings: Plaintiff Jeffrey Stepanovich's Deposition Transcript and Exhibits (which includes Plaintiff's interrogatory responses, Plaintiff's responses to Defendant's requests for production of documents,

and Plaintiff's responsive documents to Defendant's requests for production of documents); and Kenneth Corbett's Deposition Transcript.

Dated this 2nd day of March, 2020.

/s/ *Destiny S. Washington*
Jeffrey D. Mokotoff
Georgia Bar No. 515472
jmokotoff@fordharrison.com
Destiny S. Washington
Georgia Bar No. 435138
dwashington@fordharrison.com

FORDHARRISON LLP
271 17th Street, NW
Suite 1900
Atlanta, GA  30363
Telephone:  (404) 888-3821
Facsimile:   (404) 888-3896

Attorneys for Defendant

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JEFFREY STEPANOVICH,<br><br>      Plaintiff,<br><br>  v.<br><br>KEN CORBETT FARMS, LLC, A GEORGIA LIMITED LIABILITY COMPANY,<br><br>      Defendant. | CASE NO: 7:18-CV-00186-HL |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on March 2, 2020, she electronically filed the foregoing **DEFENDANT'S NOTICE OF FILING DEPOSITION TRANSCRIPTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**, with the Clerk of Court using the CM/ECF System which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| Carlos V Leach, Esq.<br>The Leach Firm, P.A.<br>1950 Lee Road, Suite 213<br>Winter Park, FL 32789<br>cleach@theleachfirm.com | Noah E. Storch, Esq.<br>Richard Celler Legal, P.A.<br>10368 W. SR 84, Suite 103<br>Davie, FL 33324<br>noah@floridaovertimelawyer.com |

FORDHARRISON LLP
271 17th Street, NW
Suite 1900
Atlanta, Georgia  30363
 Telephone:   (404) 888-3800
 Facsimile:    (404) 888-3863

*/s/ Destiny S. Washington*
Destiny S. Washington
Georgia Bar No. 435138
dwashington@fordharrison.com

Attorney for Defendant

WSACTIVELLP:11316859.1