# EXHIBIT B

Page 1

```
 1              UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF GEORGIA
 2                    VALDOSTA DIVISION
 3                 CASE NO: 7:18-CV-00186-HL
 4
     JEFFREY STEPANOVICH,
 5
           Plaintiff,
 6
     vs.
 7
     KEN CORBETT FARMS, LLC, A
 8   GEORGIA LIMITED LIABILITY
     COMPANY,
 9
           Defendant.
10
11
12   ---------------------------
13                   DEPOSITION OF
                     KENNETH CORBETT
14
15           Thursday, January 23rd, 2020
                  Commencing at 1:21 p.m.
16                Concluding at 3:08 p.m.
17
18      Law Office of Gregory A. Voyles, PC
                 1008 N. Patterson Street
19               Valdosta, Georgia  31603
20
21
22
23       Reported by Michelle Subia, RPR, CCR
24
25
```

Page 2

```
 1   APPEARANCES:
 2        APPEARING TELEPHONICALLY FOR THE PLAINTIFF:
 3             NOAH E. STORCH, ESQUIRE
               Richard Celler Legal, PA
 4             10368 W State Road 84
               Davie, Florida  33324-4241
 5             866-344-9243
               noah@floridaovertimelawyer.com
 6
          APPEARING FOR THE DEFENDANT:
 7
               DESTINY S. WASHINGTON, ESQUIRE
 8             Ford Harrison
               271 17th Street NW
 9             Suite 1900
               Atlanta, Georgia  30363
10             404-888-3821
               dwashington@fordharrison.com
11
12        Also Present:  Gregory A. Voyles, Esquire
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1                          I N D E X

2

WITNESS                                    PAGE

3

KENNETH CORBETT

4

Examination by Mr. Storch                      4

5    Examination by Ms. Washington                 50

6

7                        -    -    -

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1              (Witness sworn)

2              KENNETH CORBETT,

3      having been produced and first duly sworn,

4              testified as follows:

5                   EXAMINATION

6    BY MR. STORCH:

7      Q    All right.  Good afternoon, sir.  My name

8    is Noah Storch.  I represent Mr. Stepanovich.  I'm

9    definitely having trouble switching from Stepanovich

10   to Stepanovich (as to pronunciation), but we'll get

11   through that.

12          Can you state and spell your name for the

13   record, please?

14     A    K-e-n-n-e-t-h C-o-r-b-e-t-t.

15     Q    Okay.  And before we begin, we are taking

16   your deposition both as to your individual capacity

17   and your individual knowledge, but also as the

18   corporate representative of the defendant, Ken

19   Corbett Farms, LLC.

20          Do you understand that?

21     A    Yes.

22     Q    Okay.  Can you tell me, sir, when did Ken

23   Corbett Farms, LLC first become formed?

24     A    I think it was 1996.

25     Q    And if I --

1    A    No, I'm sorry, I think it may have been

2   2008.

3    Q    Is it '90s or 2008?

4    A    I think it was 2008.

5    Q    Okay.  If I refer to Ken Corbett Farms,

6   LLC as just Ken Corbett Farms, will you understand

7   what I'm referring to?

8    A    Yes.

9    Q    Okay.  And have you ever had your

10  deposition taken before?

11   A    Yes.

12   Q    How many times?

13   A    A couple.

14   Q    When is the last time that you were

15  deposed?

16   A    Goodness, it's been maybe three years ago,

17  four years ago.

18   Q    Okay.  Have you ever been deposed in an

19  employment-related lawsuit?

20   A    No.

21   Q    Okay.  I'm just going to go over a couple

22  of ground rules so that we can get you out of here

23  as quickly and as easily as possible, okay?

24   A    Okay.

25   Q    All right.  So as you can see, there's a

1   court reporter that's taking down everything that's

2   said today, so please do me a favor, answer out

3   loud, oral responses only.  The court reporter can't

4   take down things like shoulder shrugs or head nods,

5   okay?

6          A     Okay.

7          Q     Please don't talk over me.  I'll do my

8   very best to allow you to finish your answer before

9   I move on.  And I will do my best also to not talk

10  over you.  Because if we start talking over each

11  other, the court reporter is going to have a very

12  difficult time, okay?

13         A     Okay.

14         Q     If at any time you need a break, please

15  feel free to let me know, okay?

16         A     Okay.

17         Q     If you don't understand my question,

18  please let me know, okay?

19         A     Okay.

20         Q     If you answer the question, I'm going to

21  assume that you understood the question, okay?

22         A     Okay.

23         Q     What is your date of birth?

24         A     2/6/68.

25         Q     February 6th, 1968, correct?

```
 1        A    Correct.
 2        Q    What is your current residential address?
 3        A    1545 Highway 135 South, Lake Park, Georgia
 4   31636.
 5        Q    Was that 1545 Highway 135 South, Lake
 6   Park, Georgia?
 7        A    Yes.
 8        Q    How long have you lived at that address?
 9        A    Since 2009.
10        Q    Does anyone live with you?
11        A    My wife.
12        Q    What is her name?
13        A    Kimberly.
14        Q    And does she work with you?
15             MS. WASHINGTON:  Object to form.  Can you
16        clarify, Noah, what that means, what "work
17        with" means?
18             MR. STORCH:  Well, I think that's a pretty
19        self-explanatory question.
20   BY MR. STORCH:
21        Q    Does she work with you in any capacity?
22             MS. WASHINGTON:  Object to form.
23             You can still answer it, though.
24             THE WITNESS:  Yes, she works with me.
25   BY MR. STORCH:
```

1  Q Is she employed by Ken Corbett Farms?

2  A No.

3  Q Has she ever been employed by Ken Corbett

4 Farms?

5  A No.

6  Q Do you have any children?

7  A Yes.

8  Q Are any of them minors?

9  A No.

10  Q What are your children's names?

11  A Justin, Jessica, and Jared.

12  Q Do any of your children work with you at

13 Ken Corbett Farms?

14  A No.

15  Q Have any of your children ever worked for

16 Ken Corbett Farms?

17  A Yes.

18  Q Who?

19  A Justin and Jared.

20  Q When did Justin work for Ken Corbett

21 Farms?

22  A And Jessica as well, maybe.  I don't

23 know -- they're my kids -- over the period of time.

24 I'm sure they probably did at some time or other.

25  Q Understood.

1          When, to your recollection, did Justin

2    work for Ken Corbett Farms?

3          A    I'm sorry, say that again.

4          Q    When, to your recollection, did Justin

5    work for Ken Corbett Farms?

6          A    Up until last year.

7          Q    So up until 2019?

8          A    Yes.

9          Q    And just for clarification, does that mean

10   that he worked in 2019 or his last year of working

11   was in 2018?

12         A    He worked in 2019.

13         Q    And is he going to continue working for

14   Ken Corbett Farms in 2020?

15         A    No.

16         Q    Why not?

17         A    Because Ken Corbett Farms has cut way back

18   and I don't need anybody but myself.

19         Q    You don't have any employees?

20         A    There will be a few seasonal employees.

21         Q    We'll get back to Justin in a minute.

22   When did Jared work for Ken Corbett Farms?

23         A    That would be the same as Justin.

24         Q    Do you recall when Justin and Jared

25   started working for Ken Corbett Farms?

Page 10

```
 1        A     No.  They're my kids, probably their whole
 2   lives.
 3        Q     Okay.  So were they laid off?
 4        A     I don't know if you would call it laid
 5   off.  They are no longer employees.
 6        Q     Well, let me ask you this question.  Did
 7   you inform them that you didn't need them to work
 8   for Ken Corbett Farms any longer?
 9        A     Yes, I'm sure.
10        Q     Do you recall when you informed them that
11   their services would no longer be needed by Ken
12   Corbett Farms?
13        A     No, I don't recall the exact time.
14        Q     Do you know what they're currently doing
15   for work?
16        A     They're farming.
17        Q     Are they doing work for you or any of your
18   businesses?
19        A     No.
20        Q     Are they doing work on any of your land?
21        A     Yes.  They rent land from -- well, they
22   rent land from a corporation that I own.
23        Q     Did you meet with Justin and Jared in
24   person to let them know that they would no longer be
25   needed as employees of Ken Corbett Farms?
```

1      A     I'm sure it's in person.  I see them

2   daily.  They're my kids.

3      Q     And you don't recall what you said to them

4   when you told them that they would no longer be

5   needed as employees of Ken Corbett Farms?

6      A     No.

7      Q     Do you recall what their reactions were,

8   if any?

9      A     No.  I'm sure they would have been proud

10  of their father for being able to retire.

11     Q     Well, are you still working?

12     A     I'm sorry?

13     Q     Are you still working or are you retired?

14     A     I will work till the day I die.  But it's

15  because I want to, not because I have to.

16     Q     So what does that have to do with your

17  kids being proud that you can retire?

18     A     They're proud that I don't have to work as

19  hard as I used to.

20     Q     So are you choosing to cut back?

21     A     Yes.

22     Q     When did you make a decision to cut back?

23     A     God, I don't know.  It's been a goal ever

24  since I started having to work.

25     Q     I'm sorry, can you repeat that?

Page 12

1      A     It's been my goal ever since I started to

2   work.

3      Q     I understand that, but I'm trying to

4   understand when you cut back.

5      A     2019.

6      Q     And why?  What was the decision?

7      A     I've worked enough.  I'm tired.

8      Q     Why not have one of your kids run the

9   company so that you can actually retire?

10      A     I'm actually retired.  I'm doing exactly

11   what I want to do.

12      Q     Well, if you're retired, you're not

13   working, correct?

14      A     I'm sorry?

15      Q     If you're retired, then you're not

16   working, correct?

17      A     No.  That depends on your definition of

18   retirement.

19      Q     So your definition of --

20      A     My daddy retired and worked until he was

21   77.

22      Q     So your definition of retirement means

23   that you continue to work?

24      A     It means doing what I want to do.

25      Q     Are you doing the same thing now that you

1   were doing in 2018?

2      A   Some of it, but everything on a much

3   smaller scale.

4      Q   You're still working, though, right?

5      A   I'm still working whenever I want to work.

6      Q   How do you serve your clients if you're

7   just kind of working whenever?

8      A   I'm sorry, repeat that.

9         MS. WASHINGTON:  Object to form.

10  BY MR. STORCH:

11      Q   How does Ken Corbett Farms serve its

12  clients if you're just kind of working whenever you

13  want?

14         MS. WASHINGTON:  Object to form.

15         You can answer it, though.

16         MR. VOYLES:  Did you hear what he said?

17         THE WITNESS:  How do -- say that one more

18      time.

19         MR. STORCH:  Court Reporter, could you

20      read back the question, please.

21        (Whereupon, the requested portion was read

22      back.)

23         THE COURT REPORTER:  It was very difficult

24      to hear your question.

25  BY MR. STORCH:

1      Q    How does Ken Corbett Farms serve its

2   clients if you work whenever you want?

3           MS. WASHINGTON:  Object to form.

4           THE WITNESS:  I just serve them whenever I

5      want.

6   BY MR. STORCH:

7      Q    Does Ken Corbett Farms have -- strike

8   that.

9           Do you know how many clients Ken Corbett

10  Farms currently has?

11     A    No, I have no idea.  I would guess maybe

12  four or five.

13     Q    Do you have any salesmen working?

14     A    No.

15     Q    When you did have salesmen that were

16  working, do you know how many clients Ken Corbett

17  Farms had?

18     A    Not exactly.

19     Q    What about approximate?

20     A    I would guess a couple hundred, maybe.

21     Q    How does Ken Corbett Farms make a profit

22  with only about four or five clients?

23          MS. WASHINGTON:  Object to the form.

24     You're misstating his testimony.

25  BY MR. STORCH:

1      Q    Well, let me ask you this question.  Are
2   you in business to lose money?
3      A    No.
4      Q    Does Ken Corbett Farms make a profit with
5   only four or five clients?
6           MS. WASHINGTON:  Object to form.  You're
7        misstating his testimony.
8           MR. STORCH:  I'm not misstating anything.
9        I'm asking if there's a profit from four or
10       five clients.
11          MS. WASHINGTON:  He never said he had four
12       or five clients.
13          MR. STORCH:  He most certainly said he
14       believes that there's about four or five.
15          MS. WASHINGTON:  Okay.
16          THE WITNESS:  I don't know that I -- I
17       feel like I could make money with one client.
18       I don't know that you have to have one or
19       10,000.  I just need someone to buy my product.
20   BY MR. STORCH:
21      Q    Are you -- is Ken Corbett Farms selling
22   more or less product now than it did in 2019?
23      A    Less.
24      Q    Is Ken Corbett Farms going to sell more or
25   less product now than it did in 2018?

1       A     Less.

2       Q     Is Ken Corbett Farms selling more or less

3  product now than it did in 2017?

4       A     Less.

5       Q     What about 2016?

6       A     What about 2016?

7       Q     Is Ken Corbett selling more or less

8  product now than it did in 2016?

9       A     Less.

10      Q     Okay.  Other than the year that Ken

11  Corbett Farms came into existence, did Ken Corbett

12  Farms sell more or less in 2020 than it did

13  previously?

14             MS. WASHINGTON:  Object to form.

15             If you understand it --

16             THE WITNESS:  I don't understand it.  You

17        may have to write that one down.  I'm having

18        trouble following that.

19  BY MR. STORCH:

20      Q     Has Ken Corbett Farms ever sold less than

21  it is expected to sell in 2020?

22      A     Probably not.  I don't know.  I would hope

23  to sell more, but probably not.

24      Q     Are you familiar with Jeff Stepanovich?

25      A     Yes.

Page 17

1    Q    How do you know Mr. Stepanovich?

2    A    He was employed by Ken Corbett Farms for a

3  period of time.

4    Q    Do you recall when he started?

5    A    Maybe 2011.

6    Q    Did you hire him?

7    A    Yes.

8    Q    Did Mr. Stepanovich have any cancer at the

9  time you hired him?

10    A    I don't know.

11    Q    Did Mr. Stepanovich have cancer when you

12  fired him?

13    A    So he says.

14    Q    So you knew that Mr. Stepanovich had

15  cancer when you fired him?

16    A    No.

17    Q    I'm sorry, I don't understand what you

18  mean "so he says."  What does that mean?

19    A    It means he said he had cancer when I

20  fired him.

21    Q    And your testimony is you didn't know

22  that?

23        MS. WASHINGTON:  Object to form.

24  BY MR. STORCH:

25    Q    You can answer.

Page 18

```
 1      A    No.  My testimony at the time I fired him,
 2   no, I did not.
 3      Q    Tell me, when did you first find out about
 4   Mr. Stepanovich's cancer?
 5           MS. WASHINGTON:  Object to form.
 6           But you can answer.
 7           MR. STORCH:  What's wrong with that
 8        question?  I'm asking him when he found out
 9        about something.
10           THE WITNESS:  I will --
11           MS. WASHINGTON:  I'm, sorry, let me
12        respond.
13           THE WITNESS:  Okay.
14           MS. WASHINGTON:  The problem with the
15        question is that it -- he stated that he -- his
16        response to your question about him knowing
17        Mr. Stepanovich had cancer was "so he says."
18        So now you're misstating -- mischaracterizing
19        his testimony.
20           MR. STORCH:  I'm not.  He can say I found
21        out when there was a lawsuit.
22           MS. WASHINGTON:  Could you rephrase the
23        question?
24           MR. STORCH:  There's no reason to, because
25        he knows now that -- as we sit here today, he
```

1   knows, based on his testimony, that

2   Mr. Stepanovich had cancer.  So my question is

3   when did he find out.

4     MS. WASHINGTON:  But his answer was "so he

5   says."

6     MR. STORCH:  Understood.  That still

7   doesn't change anything about the question.

8 BY MR. STORCH:

9   Q  As we sit here today, sir, are you aware

10 that Mr. Stepanovich had cancer?

11   A  So he stated.

12   Q  Okay.  So you're at least aware that

13 Mr. Stepanovich said that he had cancer, correct?

14   A  Yes.

15   Q  When did you find that out?

16   A  After he -- well, I actually remembered it

17 or got it brought to my attention after he filed

18 suit with the EEOC.  Whenever I got that suit, I

19 said -- you know, talking to my wife, I said I

20 didn't know that.  And she says, yes, remember, I

21 told you when -- after we came back from some

22 produce show.  And she was adamant she had told me.

23 So evidently she did, but I had forgotten it.

24     MS. WASHINGTON:  And I'm going to -- and,

25   Noah, sorry to interrupt, but I'm just going to

Veritext Legal Solutions

800-726-7007                305-376-8800

Page 20

1        object insofar as there's attorney-client

2        privilege or any attorney work product

3        mentioned here and instruct Mr. Corbett not to

4        disclose any of those details.  But besides

5        that, he can answer.

6             MR. STORCH:  Of course.

7    BY MR. STORCH:

8        Q    And let me be clear, I'm never going to

9    want to know, sir, anything that you've spoken about

10   with your lawyer or anything you put in writing to

11   your lawyer.  I'm never going to ask about that,

12   okay?

13            So no matter what questions I'm asking,

14   I'm never asking for any information that you've

15   discussed with your lawyer.

16            MR. STORCH:  Fair enough, Destiny?

17            MS. WASHINGTON:  Yes.  That's fine.

18   BY MR. STORCH:

19       Q    Okay.  So this trade show -- I think you

20   called it a trade show; am I wrong?

21       A    Yes, I said trade show.

22       Q    Okay.  So this trade show that you went

23   to, was that with Mr. Stepanovich?

24       A    No, it was not with him.

25       Q    Was your wife with you?

1    A    Yes.

2    Q    And you said her name was Kimberly

3    Corbett?

4    A    Yes.

5    Q    When was the trade show?

6    A    I don't know.  It was sometime in the

7    spring, early spring of 2017.

8    Q    Do you recall what month?  I don't need an

9    exact date, but do you recall a month?

10    A    It would be February or March.  That show

11    typically takes place February or March.

12    Q    Where was that show?

13    A    I can't remember if it was in Orlando or

14    Tampa.

15    Q    Do you know the name of that show?

16    A    Southeast Produce Council.

17    Q    And who from Ken Corbett Farms attended

18    the Southeast Produce Council in February or March

19    of 2017?

20    A    Myself, my wife, and probably all three

21    salesmen, if I was guessing.

22    Q    Who were the three salesmen at the time?

23    A    That would have been Jeff, Eric, and Jed.

24    Q    Jed, Eric, and Jeff?

25    A    Yes.

1      Q    And just to be clear, Jeff, you're

2    referring to my client, Mr. Stepanovich?

3      A    Yes.

4      Q    Is that a one-day trade show or is it

5    multiple days?

6      A    Multiple days.

7      Q    And did you stay in a hotel in either

8    Orlando or Tampa?

9      A    Yes.

10     Q    Do you recall which hotel?

11     A    No.

12     Q    When the EEOC documents came in and you

13    saw them, you said you had a conversation with your

14    wife about Mr. Stepanovich having cancer; is that

15    correct?

16     A    Yes.  She was aware.

17     Q    And your testimony was that your wife told

18    you at that time -- or strike that.

19          Your testimony is your wife was adamant

20    that she had told you before that, that

21    Mr. Stepanovich had cancer, correct?

22          MS. WASHINGTON:  Object to form.

23          You can answer.

24          THE WITNESS:  She had told me that she had

25       previously made me aware.

 1    BY MR. STORCH:

 2        Q     And did you have any discussions with her

 3    about when she made you aware?

 4        A     She had told me after the show.

 5        Q     How long after the show did your wife tell

 6    you that she informed you of Mr. Stepanovich's

 7    cancer?

 8        A     She didn't say.

 9        Q     But it was before Mr. Stepanovich was

10    terminated?

11        A     Yes.

12        Q     Was Mr. Stepanovich ever disciplined

13    during his employment with Ken Corbett Farms?

14              MS. WASHINGTON:  Object to form.

15              You can answer.

16              THE WITNESS:  Not disciplined per se.

17    BY MR. STORCH:

18        Q     Well, when you say "per se," it makes me

19    think that there was some type of either discipline

20    or counseling.  So can you tell me what, if any,

21    discipline or counseling Mr. Stepanovich had at any

22    time during his employment with Ken Corbett Farms?

23              MS. WASHINGTON:  Object to form.

24              Go ahead, you can answer.

25              THE WITNESS:  I'm certain that during the

1       period he worked for me that I told all the

2       salesmen several times that we need to find

3       more higher paying customers.

4   BY MR. STORCH:

5       Q    So it wasn't something that was directed

6   to Mr. Stepanovich himself, it was something that

7   you would have directed to all the salespeople; is

8   that correct?

9           MS. WASHINGTON:  Object to form.

10          Go ahead.

11          THE WITNESS:  I'm certain I spoke to all

12      of them collectively and individually.

13  BY MR. STORCH:

14      Q    Can you tell me any particular time or

15  date that you spoke with Mr. Stepanovich about his

16  job performance?

17          MS. WASHINGTON:  Object to form.

18          THE WITNESS:  Not a specific time, but

19      they will -- it was a -- several comments were

20      made with the salesmen that I would come in

21      there fussing about prices.

22  BY MR. STORCH:

23      Q    And, again, was this something that was

24  directed to all of the salesmen or something that

25  was directed to Mr. Stepanovich individually?

1      A      It depends on if I was talking to the

2    crowd or talking to the individual.

3      Q      Understood.

4            Now, are there any documents that would

5    confirm that Mr. Stepanovich was disciplined or

6    counseled during his employment?

7            MS. WASHINGTON:  Object to form.

8            Go ahead.

9            THE WITNESS:  No.

10   BY MR. STORCH:

11     Q      Are there any documents that would show

12   that Mr. Stepanovich was not producing for Ken

13   Corbett Farms?

14            MS. WASHINGTON:  Object to form.

15            THE WITNESS:  There would be records in

16        our accounting software or our inventory

17        software, sales software, however you want to

18        put it.

19   BY MR. STORCH:

20     Q      What records would that be?

21     A      In Famous you can do several different

22   reports that show customers, sales, salesmen.

23     Q      And, I'm sorry, you said the name of that

24   program was what?

25     A      Famous.

1      Q    Can you spell that?

2      A    F-a-m-o-u-s, I guess.

3      Q    During his employment, did you have any

4    sitdown conversations with Mr. Stepanovich about his

5    production?

6           MS. WASHINGTON:  Object to form.

7           You can answer.

8           THE WITNESS:  I'm certain over the length

9      of his employment there were times, yes.

10          MR. STORCH:  Destiny, what's wrong with

11     that question of asking him if he ever sat down

12     with Mr. Stepanovich to discuss production?

13          MS. WASHINGTON:  Just because the

14     production is vague, the term "production" is

15     vague.

16          MR. STORCH:  Because that's the term that

17     he -- Mr. Corbett uses in his documents.

18   BY MR. STORCH:

19     Q    Mr. Corbett, did you understand what I

20   meant when I asked you that question and used the

21   word "production"?

22     A    I assume you -- I was assuming you meant

23   his ability to sell and turn a profit for the farm.

24     Q    Sure.

25          And is that what you meant when you

1   drafted documents that were sent back to the Equal

2   Employment Opportunity Commission?

3            MS. WASHINGTON:  Object to form.  There

4         hasn't been any discussion of those documents

5         so far.  So if a foundation was laid, he could

6         answer that.

7            MR. STORCH:  Well, actually, Stephanie,

8         your objections are limited only to form.

9         There's no foundation objection during a

10        deposition.  That's an evidentiary issue.  But

11        I don't need to show him a document.  He can

12        tell me if he didn't draft it, that's fine.

13            I'll have him do it this way, if you want,

14        but it will just make it longer.

15  BY MR. STORCH:

16        Q    Mr. Corbett, do you recall drafting a

17  document and sending it into the United States Equal

18  Employment Opportunity Commission with regard to the

19  charge of discrimination filed by Mr. Stepanovich?

20        A    Yes.

21        Q    And in that document, do you recall using

22  the word "production" with regard Mr. Stepanovich

23  doing his job?

24        A    I would need to look at that note.

25  Pulling one word out of context, I can't remember.

Page 28

```
1        Q    Sure.  Let me ask you this way.

2        A    I would need to know how it was phrased.

3        Q    "Mr. Stepanovich's employment was

4   dependent upon need, production, and commitment to

5   the operations of Ken Corbett Farms LLC, as are all

6   salesmen employed by the company."

7             Would that statement be true or false?

8             MS. WASHINGTON:  Noah, do you -- I have

9        that document here.  Do you want me to have him

10       look at it?

11            MR. STORCH:  Well, I'll have him look at

12       it soon.

13            MS. WASHINGTON:  Okay.

14            MR. STORCH:  I'm just asking him if that's

15       a true statement or if it's false.

16            MS. WASHINGTON:  I'm sorry, can you repeat

17       that?

18            MR. STORCH:  Sure.

19            MS. WASHINGTON:  Thank you.

20   BY MR. STORCH:

21       Q    "Mr. Stepanovich's employment was

22   dependent upon need, production, and commitment to

23   the operations of Ken Corbett Farms, LLC, as are all

24   salesmen employed by the company."

25             Is that true or false?
```

Page 29

1        A     If we don't need them, we don't need them.

2    If they don't produce, we don't need them.  And if

3    they're not committed, we don't need them.

4        Q     What did you mean by the word "production"

5    in that sentence?

6        A     The ability to help grow the company and

7    make money for the company.

8        Q     Let me ask you this question.  Why was

9    Mr. Stepanovich terminated?

10       A     Because I was trying to cut costs for the

11   company, trying to turn the company around that had

12   been losing money for two years.

13       Q     Any other reason?

14       A     No.  I just felt that he was -- well, he

15   was our lowest producer and I just didn't feel like

16   he had the commitment to growing the company and

17   moving forward that the other two salesmen did.

18       Q     Those two other salesmen, meaning Jed and

19   Eric, correct?

20       A     Correct.

21       Q     Neither one of those two individuals had

22   cancer, correct?

23       A     Not that I'm aware of.

24       Q     So you've never been made aware and don't

25   have any knowledge about Eric or Jed ever having

Page 30

```
 1    cancer?
 2            MS. WASHINGTON:  Object to form.
 3    BY MR. STORCH:
 4        Q    Is that correct?
 5        A    No.
 6        Q    So I'm not correct?
 7        A    Restate your question.
 8        Q    Do you have any knowledge about Eric or
 9    Jed ever being diagnosed with cancer?
10            MS. WASHINGTON:  Object to form.
11            THE WITNESS:  No.
12    BY MR. STORCH:
13        Q    In 2014 did Ken Corbett Farms sustain
14    financial hardships?
15        A    I'm sorry, what year?
16        Q    2014.
17        A    I would have to look back.
18        Q    Well, to your knowledge, did Ken Corbett
19    Farms have any financial hardships in 2014?
20        A    I don't know without looking back.
21        Q    What about 2013?
22        A    Again, I don't know without looking back
23    at records.
24        Q    What about 2012?
25        A    Again, I don't know without looking back
```

Page 31

1    at records.

2         Q    And what about 2011?

3         A    The same.

4         Q    What about 2015?

5         A    I'm aware of 2015 and '16 based on this

6    case.

7         Q    Expand on that.  What do you mean by

8    "based on this case"?

9         A    Because the records from those years are

10   fresh on my mind because that's what we've been

11   going over and over on this case, arguing back and

12   to with EEOC and you.

13        Q    Well, did you look back to 2014 or any of

14   the prior years to see if there was any financial

15   hardship?

16        A    As far as the end result for the farm, no.

17        Q    So you only looked back as far as 2015?

18             MS. WASHINGTON:  Object to form.

19             THE WITNESS:  I just know that I lost

20        money in 2015 and '16, large amounts.

21   BY MR. STORCH:

22        Q    But did you look back further than 2015 to

23   see if you or the farm lost money?

24             MS. WASHINGTON:  Object to form.

25             THE WITNESS:  Again, I would have to look

1    back at records, but I did look back at sales

2    histories.

3  BY MR. STORCH:

4    Q    I guess I'm not sure that we're connecting

5  because I'm not asking you if in fact in 2014 Ken

6  Corbett Farms suffered financial hardship.  What I'm

7  asking is if you look to see if in 2014 Ken Corbett

8  Farms suffered hardship?

9         MS. WASHINGTON:  Object to form.

10         THE WITNESS:  I don't know if I did or

11    not.  I didn't look back to 2004 either.  I

12    don't know.  I would have to guess.

13  BY MR. STORCH:

14    Q    So we know, though, that you looked at

15  least to 2015 and '16, correct?

16    A    Yes, I know that I lost money in 2015 and

17  '16.

18    Q    So in 2015 when you lost money, when did

19  you first become aware of that?

20    A    I don't know.  It varies.  I mean, when

21  you get to the end of the season and do all your

22  recaps.

23    Q    So when you realized or discovered that

24  you had lost money in 2015, did you make any changes

25  to the company?

1      A    I don't know if I did or not.  I didn't

2  make any personnel changes within the sales

3  structure.

4      Q    When you discovered you lost money in

5  2015, did you review all of the salespeople's

6  numbers?

7           MS. WASHINGTON:  Object to form.

8           THE WITNESS:  I review sales numbers

9      periodically throughout every year.

10  BY MR. STORCH:

11      Q    I understand.

12           My question is very specific.  When you

13  found out that you lost money, or the company lost

14  money in 2015, did you review your salespeople's

15  production numbers?

16      A    I'm sure I had probably reviewed them

17  prior to that and after that.

18      Q    Do you have any specific recollection of a

19  review of the salespeople's production numbers in

20  2015 or '16 when you discovered that the company had

21  lost money?

22           MS. WASHINGTON:  Object to form.

23           THE WITNESS:  Repeat the question.

24           MR. STORCH:  Can you repeat that, Court

25      Reporter?

Page 34

1           THE COURT REPORTER:  Yes, sir.

2           (Whereupon, the requested portion was read

3      back.)

4           THE WITNESS:  I can't give you specific

5      dates.  But, again, I review them continuously

6      and periodically throughout the year.

7  BY MR. STORCH:

8      Q    Did you specifically review any salesman's

9  average selling price in 2015 or '16?

10          MS. WASHINGTON:  Object to form.

11          THE WITNESS:  Again, I do that

12     periodically and randomly throughout the year.

13 BY MR. STORCH:

14     Q    Did you ever discover that Mr. Corbett --

15 strike that.

16          Did you ever discover that Mr. Stepanovich

17 had alleged average selling prices that were lower

18 than the other salespeople?

19     A    That seemed to be consistent.

20     Q    When is the first time that you became

21 aware of that?

22     A    I can't give a specific day.

23     Q    What about the year, can you tell me the

24 year?

25     A    No.

1          Q    I mean, did you even really look at that

2     in 2017 before Mr. Corbett -- Mr. Stepanovich was

3     terminated, or did you look into that after you got

4     the EEOC filing?

5                MS. WASHINGTON:  Object to form.

6                THE WITNESS:  No.  Again, I look at that

7          periodically ever since we had the Famous

8          software and been selling our stuff.

9     BY MR. STORCH:

10         Q    Well, can you tell me any specific

11    discussion that you had with Mr. Stepanovich

12    addressing the fact that his average sales price was

13    less than any other salesman?

14         A    I can't give you a specific date, but all

15    the salesmen are aware of how to run reports in

16    Famous and can see for theirselves where they stand

17    in relation to other salesmen.

18         Q    Understood.  But that's not my question.

19              My question is can you identify for me any

20    single conversation that you had with

21    Mr. Stepanovich with regard to his average selling

22    price during his employment?

23         A    Again, a specific time, no.  But over the

24    period that he worked for me, I'm certain.

25         Q    So you're certain that you spoke to

1    Mr. Stepanovich about this but you have no idea when

2    you spoke to him or how many times you spoke to him,

3    correct?

4        A    It would have been random just based on

5    whenever I came in and looked at reports.

6        Q    Understood.

7             But my question to you is your testimony

8    is that you spoke to Mr. Stepanovich about the fact

9    that his average selling price was lower than other

10   salesmen but that you have no idea when or how many

11   times you did speak to him about it, correct?

12       A    I'm certain sometime during the employment

13   Jeff himself supplied a document that he ran off

14   Famous that showed he was less, so he was well aware

15   of it.

16       Q    Understood.

17            But, again, my question to you is very

18   simple.  Are you able to tell me any specific date

19   or time that you spoke with Mr. Stepanovich about

20   his average selling price?

21       A    No, I do not keep a diary.

22       Q    Okay.  Are you able to tell me how many

23   times you spoke with Mr. Stepanovich about his

24   average selling price?

25       A    No.

1     Q    Can you tell me any specific time that you

2    spoke to Mr. Stepanovich about the growth of his

3    business during his employment?

4     A    No.

5     Q    Are you able to tell me any specific time

6    that you spoke with Mr. Stepanovich about the fact

7    that you believed he remained complacent in his job

8    performance?

9     A    No.

10    Q    Are you able to tell me any specific time

11   that you spoke with Mr. Stepanovich about the fact

12   that he was allegedly not making sufficient efforts

13   to increase his business?

14    A    I'm sorry, repeat the question.  You were

15   kind of running on there.

16    Q    Can you tell me any specific time that you

17   spoke with Mr. Stepanovich about the fact that he

18   did not make sufficient efforts to increase his

19   business?

20    A    Specific time, no.

21    Q    In 2015 after you discovered that you had

22   had a bad year or that you suffered financial

23   hardship, you testified you didn't make any

24   personnel changes, correct?

25    A    What year?

1      Q     2015.

2      A     Not in the sales office.

3      Q     Well, did you make any other personnel

4  changes?

5      A     I'm not sure.

6      Q     When did you first become aware that in

7  2016 Ken Corbett Farms suffered a loss financially?

8      A     I'm certain it would have been after all

9  collections were made and we were doing our recaps.

10     Q     And generally when is that?

11     A     That would be the next year.

12     Q     In January or February or August?

13           MS. WASHINGTON:  Object to form.

14           THE WITNESS:  The first part of the year.

15 BY MR. STORCH:

16     Q     Was anyone let go in 2015 as a result of

17 the financial hardship of Ken Corbett Farms?

18     A     I don't recall.

19     Q     Was anyone let go after you found out that

20 Ken Corbett Farms suffered financial loss in 2016?

21     A     Yes.  Jeff was in 2017.

22     Q     Anyone else?

23     A     I don't recall.  I haven't been sued by

24 them.

25     Q     I'm sorry, what was that?

1    A    I don't recall.  No one else has filed

2   suit against me.

3    Q    Well, I guess my question is did anyone --

4   do you know if you let anyone else go?

5    A    I don't recall.

6    Q    When Mr. Stepanovich was terminated, did

7   you tell him in person or on the phone?

8    A    On the phone.

9    Q    What did you say to him?

10    A    I don't recall the exact conversation.

11    Q    Well, do you recall generally what you

12   told him?

13    A    Yes.  I'm certain that it was to do with

14   the company losing money and I've got to do

15   something to try to turn it around.

16    Q    Why are you so certain of that?

17    A    Because that's the only reason I made the

18   change.

19    Q    Well, does that mean that you actually

20   told him that?

21    A    I would say that I did.  I don't know the

22   exact conversation, but I wouldn't have terminated

23   him without telling him the reason.

24    Q    Did Ken Corbett Farms hire a salesperson

25   after Mr. Stepanovich was terminated?

Page 40

```
 1      A    I think it was in November but in a
 2   different capacity.
 3      Q    Explain what you mean by that.
 4      A    The salesperson that we hired then, we
 5   hired him strictly for a brokerage business that he
 6   had.
 7      Q    I'm sorry, if you don't mind, just explain
 8   a little bit for -- for someone who's not in the
 9   business, if you could explain what you mean by
10   that.
11      A    We hired this guy and he had his own -- or
12   he worked for another company buying produce,
13   marking it up and reselling it.  And he had a
14   customer that he worked for doing that, or a
15   customer doing that.  And we were able to hire him
16   to come on up with us, bring his customer and do the
17   same thing.
18      Q    How would this have helped the company
19   financially, if at all?
20      A    Buy low, sell high.
21      Q    I'm sorry, what was that?
22      A    Buy low, sell high.
23      Q    Who was this person that was hired?
24      A    Terry Wright.
25      Q    Is he still employed?
```

1      A     Yes.

2      Q     To your knowledge, does he have cancer?

3      A     You know, I'm not sure.  He's had several

4  ailments.

5      Q     Understood.

6            When you hired him, did you know that he

7  was currently suffering from any cancer or

8  disability?

9      A     Not that I can recall.

10     Q     Instead of terminating Mr. Stepanovich,

11 why didn't you speak to him and talk to him about

12 these issues that you're saying he was terminated

13 for?

14     A     Repeat the question.

15     Q     Instead of terminating Mr. Stepanovich,

16 why didn't you speak to him about the issues that

17 you claim he was terminated for and talk to him

18 about improving his performance?  Why not give him

19 that opportunity?

20          MS. WASHINGTON:  Object to form.

21          THE WITNESS:  I spoke to him about how to

22      turn the company around.  I spoke to all three

23      of them, just running the idea by them, what if

24      we cut their salary and hired another salesman.

25      I did discuss with them ways that we could make

1      this thing work and hopefully turn it around.

2  BY MR. STORCH:

3      Q    But ultimately you decided not to hire

4  another salesman, correct?

5      A    I'm sorry, repeat that.

6      Q    I said ultimately you decided that you

7  were not going to hire another salesman, though,

8  correct?

9      A    Ultimately as in forever?

10     Q    Well, ultimately Mr. Stepanovich was

11  terminated, correct?

12     A    Yes.

13     Q    So the discussion with the salesmen about

14  hiring another salesman, meaning a fourth salesman,

15  never actually happened; isn't that correct?

16          MS. WASHINGTON:  Object to form.

17          THE WITNESS:  I'm not following you.

18      You're going to have to say that again.

19          MS. WASHINGTON:  And, Noah, we should take

20      -- Mr. Corbett wants to take a break, but you

21      can -- if you want to finish this question, we

22      can.  But can we take a break after that?

23          MR. STORCH:  Yes.  Why don't we do this.

24  BY MR. STORCH:

25      Q    Is there anything so far about your

Page 43

1    testimony you would like to change?

2        A    No.

3        Q    Okay.

4            MR. STORCH:  Let's take a break.  How long

5        do you need?

6            MS. WASHINGTON:  Five minutes.

7            MR. STORCH:  Okay.

8            (Whereupon, a recess was taken.)

9    BY MR. STORCH:

10       Q    How long was the conversation that you had

11   with Mr. Stepanovich when you informed him of his

12   termination?

13       A    I don't recall.

14       Q    Was anyone with you when you made the

15   telephone call to inform Mr. Stepanovich that he was

16   being terminated?

17       A    Not that I'm aware of.

18       Q    Have you discussed the termination of

19   Mr. Stepanovich with anybody other than your

20   lawyers, of course, which I don't want to know

21   anything about?

22       A    I'm sorry, say that again.

23       Q    Have you discussed the termination of

24   Mr. Stepanovich with anyone?  I do not want to know

25   about any conversations that you've had with your

Page 44

1   lawyers?

2       A    Everyone that works with us knows he's

3   been terminated.

4       Q    I understand that.

5            But my question to you is not if everyone

6   knows.  My question is have you had any discussions

7   with anyone about the termination of

8   Mr. Stepanovich?  And, again, I don't want to know

9   anything that you've spoken about with your lawyers.

10      A    I'm trying to follow the question.  Can

11  you rephrase or clarify what you're wanting to know?

12      Q    I'm not sure that I can clarify it anymore

13  than I have.

14           Have you ever spoken with anyone about the

15  termination of Mr. Stepanovich?

16      A    I'm sure I did.

17      Q    Okay.  Other than your lawyers, who?

18      A    Probably all the salesmen that I had at

19  the time, and my son, sons and wife.  And I know

20  that I had a lengthy conversation with Eric, since

21  he's our sales manager, prior to firing Jeff.

22           I say he was our sales manager, he is the

23  one I confided in most in the sales office.  But we

24  had discussions in years past about terminating

25  Jeff.

1    Q    So in multiple years prior to 2017 when

2   Mr. Stepanovich was terminated, you had discussions

3   with Eric about terminating Mr. Stepanovich?

4    A    Yes.

5    Q    But ultimately Mr. Stepanovich was not

6   terminated until April of 2017, correct?

7    A    Correct.

8    Q    Tell me, how many times did you speak with

9   Eric about the termination of Mr. Stepanovich in

10  years prior, as you testified?

11          MS. WASHINGTON:  Object to form.

12          THE WITNESS:  I'm not sure.

13  BY MR. STORCH:

14   Q    Was it once a year or more than that?

15   A    I don't know that, but I do know that in

16  one conversation that we had, Eric made the comment

17  that it's time you quit talking about it and do it.

18  And I don't know how far that was ahead of me

19  actually firing him.

20   Q    To your knowledge, did Eric know about

21  Mr. Stepanovich's cancer?

22   A    I don't know.

23   Q    Did you ever have any discussions with

24  Eric about Mr. Stepanovich's cancer?

25   A    Not until after I was served by the EEOC.

1  And I assume Eric did have knowledge because Jeff

2  said that he had told him.

3      Q    Did Eric have the authority to hire and

4  fire?

5      A    No.

6      Q    So you made the decision to terminate

7  Mr. Stepanovich?

8      A    Yes.

9      Q    Did anyone else contribute to that

10  decision?

11      A    Other than just dinner table or

12  stand-around discussions with my sons or either

13  Eric.

14      Q    Well, what did Justin and Jared say about

15  terminating Mr. Stepanovich?

16      A    I don't know.  I can't recall.  Eric is

17  the only one that I recall our conversation.

18      Q    And what exactly was that conversation?

19      A    Well, it's just I remember something along

20  the lines of you need to quit talking -- because I

21  had discussed it with him so many times -- you need

22  to quit talking about it and go ahead and do it if

23  you're going to do it.

24      Q    And do you recall when in 2017 that was?

25          MS. WASHINGTON:  Object to form.

```
 1          THE WITNESS:  I don't recall that being in
 2      2017.  I don't recall exactly when that
 3      conversation was.
 4  BY MR. STORCH:
 5      Q    So you don't know if it was in 2017, 2016,
 6  or maybe even 2015?
 7      A    Correct.
 8      Q    When did Eric first start working for Ken
 9  Corbett Farms?
10      A    I think it was 2011.
11      Q    Do you recall any conversation that you
12  had with your wife about the termination of
13  Mr. Stepanovich?
14      A    No.
15      Q    When you informed Mr. Stepanovich that he
16  was being terminated, can you tell me what his
17  reaction was?
18      A    I don't recall.  I think it was just okay,
19  but I'm not sure.  I don't recall a confrontation
20  about it.
21      Q    Now, despite the fact that Mr. Stepanovich
22  had cancer, do you believe that he could have
23  performed his job as a salesman for Ken Corbett
24  Farms?
25          MS. WASHINGTON:  Object to form.
```

Page 48

1   BY MR. STORCH:

2        Q    You can answer.

3        A    Repeat that question again.

4        Q    Despite the fact that Mr. Stepanovich had

5   cancer, would -- strike that.

6             Would the fact that Mr. Stepanovich had

7   cancer prevent him from performing the job duties as

8   a salesman?

9        A    Not that I'm aware of.

10       Q    Do you have any other knowledge or

11  information about the allegations in this lawsuit

12  that you have not discussed today?

13       A    Repeat the question, please.

14       Q    Do you have any other knowledge or

15  information about Mr. Stepanovich's lawsuit that you

16  have not discussed today during this deposition?

17            MS. WASHINGTON:  Object to form.

18            THE WITNESS:  Not that I'm aware of.

19  BY MR. STORCH:

20       Q    Could I ask why you made the decision to

21  not hire a fourth salesperson and instead switched

22  up the plan to fire Mr. Stepanovich?

23            MS. WASHINGTON:  Object to form.

24            THE WITNESS:  I'm sorry, say that again.

25  BY MR. STORCH:

Page 49

1      Q    Why did you decide not to hire a fourth

2    salesman and instead decide to terminate

3    Mr. Stepanovich?

4            MS. WASHINGTON:   Object to form.

5            But go ahead.

6            THE WITNESS:   I didn't feel like he had

7         the commitment to turn the company around and

8         move it forward.  I felt like he showed me that

9         in his email.

10   BY MR. STORCH:

11     Q    So the email that he sent you, you felt

12   like it was best to, at that point, cut the cord and

13   terminate him?

14     A    Well, I had all kind of options in there.

15   I hadn't made my mind up completely anything to do.

16   I just knew I needed to turn the company around and

17   get it profitable, whether it means increasing

18   profits some way or decreasing expense some way.

19     Q    Do you recall when you actually made the

20   decision to terminate Mr. Stepanovich?

21     A    No.

22     Q    Was it the day that you called him in

23   April of 2017?

24     A    I don't know.  It would have been that day

25   or a day or so prior.

Page 50

```
 1      Q    Is there anything about your deposition
 2  testimony that you would like to change?
 3      A    No.
 4      Q    I have no further questions.
 5           MS. WASHINGTON:  I have some questions,
 6      Noah.  Can you hear me?
 7           MR. STORCH:  Yeah.
 8                      EXAMINATION
 9  BY MS. WASHINGTON:
10      Q    Okay.  Mr. Corbett, I have some questions
11  for you.
12           You testified earlier that you had
13  conversations with Mr. Stepanovich about him being
14  complacent in his performance?
15      A    I don't know that I would have used the
16  word "complacent," but I'm certain that I had a
17  conversation that we needed -- he needed to pick up
18  his game.
19      Q    But you just --
20      A    And get better and higher paying
21  customers.
22      Q    But you just don't recall how many times
23  you had that conversation?
24      A    No, I don't.
25      Q    Or the dates you had those conversations?
```

Page 51

1        A     No, I don't.

2        Q     Okay.  Did you ever have any conversations

3    with Mr. Stepanovich about his price per package

4    being lower than the other salesmen?

5        A     I'm sure that I did over the course of his

6    employment.

7        Q     But you don't remember the dates?

8        A     I can't give you an exact date.

9        Q     And can you explain the brokerage, how

10   brokerage business -- well, let me withdraw that

11   question.

12            Does this brokerage business that your

13   salesmen engage in, is it profitable for Ken Corbett

14   Farms?

15       A     Yes, it's profitable for Ken Corbett Farms

16   and the salesmen.  If the salesmen are willing to do

17   it, they can make a lot of money just brokering.

18       Q     And this salesman that you hired in

19   November of 2017, what was his name?

20       A     Terry Wright.

21       Q     Okay.  So he strictly sold products by a

22   brokerage arrangement?

23       A     Yes.

24       Q     Okay.  And was he compensated the same way

25   that Mr. Stepanovich was compensated?

1        A     Yes.  As far as brokerage goes, the same

2    arrangement is with all salesmen on their brokerage.

3        Q     Okay.  But was the overall compensation of

4    Terry the same as Mr. Stepanovich, the compensation

5    arrangement outside of brokerage?  Let me withdraw

6    that question.

7             Terry had no -- only did brokerage sales,

8    right?

9        A     That's right.  I don't recall him ever

10   doing any direct farm sales.

11       Q     Okay.  So he would not -- he did not share

12   in the commission that the -- Terry did not share in

13   the commission that Eric and Jed shared in?

14       A     No.

15       Q     Okay.  And one other thing I wanted to --

16   two other things I wanted to discuss.  One, can you

17   discuss -- or tell us about the process by which the

18   salesmen were paid and how that relates to

19   collection on invoices?

20       A     Yes.  The salesmen are paid -- the three

21   salesmen, the agreement I had with them, Jed, Eric,

22   and Jeff, was that they would be paid 1 percent each

23   of the gross profit from -- of the gross sale that

24   all of them made, so they were paid equally on each

25   other's sales.

1      Q     Okay.

2      A     And that, in hindsight, is a poor way to

3   set up a pay schedule because that breeds

4   complacency when you can sit back and let somebody

5   else do the work and you get paid.

6      Q     Can you explain how collections on

7   invoices impacted how the salesmen were paid?

8      A     Yes.  Collections on invoices -- it's the

9   salesmen's responsibilities for collections.

10  According to PACA, which is an acronym for a federal

11  agency regulation to get paid, you're supposed to be

12  paid for farm products within 21 days, and it's the

13  salesman's responsibility to collect that money.

14         So it typically never happens all of them

15  run over 21 days, but it's their responsibility.

16  And they get aging reports that shows how far out

17  that particular -- each particular sale is.

18         So like if they have an aging report that

19  gets sent to them out of the office, which they can

20  pull their own aging report as well and they can see

21  what's uncollected -- but their job is -- and

22  they're paid on collected.  So if they're sitting

23  there with an aging report that they have people six

24  months out paying, they're not going to get paid,

25  because the company wasn't paid.

1      Q    And if you compare the three salesmen, was

2    there any particular salesman that didn't keep up

3    with the aging?

4           MR. STORCH:  Can you just hold on for one

5       second?

6           MS. WASHINGTON:  Sure.

7           MR. STORCH:  Sorry.  My phone is making a

8       noise.  Okay, got it.

9           THE WITNESS:  What was the --

10          MS. WASHINGTON:  Can you read that back,

11      please.

12          (Whereupon, the requested portion was read

13      back.)

14          MS. WASHINGTON:  Let me withdraw that.

15      Thank you.

16   BY MS. WASHINGTON:

17      Q    So when you compared the three salesmen,

18   was there any salesman in particular that didn't go

19   back to collect on these invoices?

20      A    I didn't look at that as I looked at --

21   the length of time on the collection, I didn't look

22   at that as hard as I looked at overall

23   profitability, the price that you sell a product

24   for.

25          Q    Okay.  So can you explain to us what is,

Page 55

1    in your opinion, the most important indicator of

2    profitability with regards to the salesmen?

3         A     It's the price that you sell our product

4    for.  It's the end of the day and our overall

5    average price, because the higher the price, the

6    higher the price is above production, and it's the

7    more money you make.  So you can sell -- be the

8    cheapest guy on the block and sell lots of packages

9    at a low margin and look good like you're selling a

10   lot and still lose money or still lose money for the

11   farm.

12        Q     And one more question.  Have you ever

13   worked with -- and what I mean by "worked with" is

14   like worked side by side within a job -- with anyone

15   who has had prostate cancer?

16        A     I have several friends that have had it,

17   friend and neighbors.  And my wife has also had

18   breast cancer, and I worked with her through all of

19   her treatments with cancer, so I'm aware of cancer

20   and treatments and what have you.  And I'm willing

21   to work through whatever.

22        Q     And in your experience, has that diagnosis

23   of cancer impacted their ability to work?

24        A     No.

25        Q     And when you first learned of these

1  allegations that Mr. Stepanovich made against you

2  for firing him due to his disability, how did you

3  feel about that?

4      A    I was mad.  I felt like he knew the type

5  of person that I am, that there's no way in the

6  world that I would do that.  But obviously he's --

7  something is -- it just feels like I was betrayed by

8  a close friend.

9      Q    I don't have anymore questions.

10          MS. WASHINGTON:  Noah, do you have some?

11          MR. STORCH:  I don't.

12          MS. WASHINGTON:  Michelle, we would like

13     to read and sign.

14          THE COURT REPORTER:  Okay.

15          MS. WASHINGTON:  And we would like an

16     expedited copy.  Can you get it to us in five

17     business days, by next Thursday?

18          THE COURT REPORTER:  Sure.  I can do that.

19          Well, let me make sure, who's ordering the

20     original?

21          MS. WASHINGTON:  We need an original

22     certified.

23          THE COURT REPORTER:  Okay.

24          MS. WASHINGTON:  And do you have

25     electronic?  Do you have an order form?

1           THE COURT REPORTER:  I'll get it for you

2      in one second.

3           Mr. Storch, do you need a copy of the

4      transcript?

5           MR. STORCH:  I don't need one right now.

6           THE COURT REPORTER:  Okay.  Thank you all.

7           (Whereupon, the deposition was concluded at

8      3:08 p.m. and signature was reserved.)

9

10                        -   -   -

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        DISCLOSURE
 2    STATE OF GEORGIA:
 3    COUNTY OF LOWNDES:
 4
                Pursuant to Article 10.B. of the Rules and
 5    Regulations of the Board of Court Reporting of the
      Judicial Council of Georgia, I make the following
 6    disclosure:
 7                I am a Georgia Certified Court Reporter
      reporting for Memory Reporting, Inc., P.O. Box 453,
 8    Blackshear, Georgia 31516, 912-449-8486.
 9                Memory Reporting, Inc. is not disqualified
      from a relationship of interest under the provisions
10    of O.C.G.A. 9-11-28(c).
11                Memory Reporting, Inc. was contacted by
      the offices of Richard Celler Legal, PA to provide
12    court reporting services for this deposition.
13                Memory Reporting, Inc. will not be taking
      this deposition under any contract that is
14    prohibited by O.C.G.A. 15-14-37 (a) and (b).
15                Memory Reporting, Inc. has no exclusive
      contract to provide reporting services with any
16    party to the case, any counsel in the case, or any
      reporter or reporting agency from whom a referral
17    might have been made to cover this deposition.
18                Memory Reporting, Inc. will charge its
      usual and customary rates to all parties in the
19    case, and a financial discount will not be given to
      any party to this litigation.
20
                A review of the transcript was requested.
21
22                _____
                  Michelle Subia, RPR, CCR
23                Certificate No. 5817-0834-4721-4080
24
25
```

Page 59

1                        CERTIFICATE
2      STATE OF GEORGIA:
3      COUNTY OF LOWNDES:
4
5              I, Michelle Subia, Certified Court
6      Reporter, State of Georgia, Certificate No.
7      Certificate No. 5817-0834-4721-4080, CERTIFY that,
8      acting in such capacity, I reported the testimony
9      herein and, on the foregoing pages, have transcribed
10     a true and correct transcript thereof.  A review of
11     the transcript was requested.
12             I FURTHER CERTIFY that I am not counsel
13     for, nor am I related to any party to the above
14     case, nor am I interested in the event or outcome.
15             WITNESS my hand and official seal as
16     Certified Court Reporter, State of Georgia, this
17     30th day of January, 2020.
18
19
20
21
                   _____
22                 Michelle Subia, RPR, CCR
                   Certificate No. 5817-0834-4721-4080
23
24
25

Page 60

1                    ERRATA PAGE
              IN RE: Stephanovich vs
2             Ken Corbett Farms, LLC
3          I, Kenneth Corbett, the witness
   herein, have read the transcript of my testimony and
4  the same is true and correct, to the best of my
   knowledge, with the exception of the following
5  changes noted below, if any:
6  Page / Line /          Change          / Reason
7  _____    _____
8  _____    _____
9  _____    _____
10 _____    _____
11 _____    _____
12 _____    _____
13 _____    _____
14 _____    _____
15 _____    _____
16 _____    _____
17 _____    _____
18 _____    _____
19 _____    _____
20 _____    _____
21 _____    _____
22 _____    _____
23 _____    _____
24 _____    _____
25 _____    _____

Page 61

1          ERRATA PAGE (Continued)
2      In Re:  Stephanovich vs
              Ken Corbett Farms, LLC
3
4          I, Kenneth Corbett, the witness
   herein, have read the transcript of my testimony and
5  the same is true and correct, to the best of my
   knowledge, with the exception of the following
6  changes noted below, if any:
7  Page / Line /          Change          / Reason
8  _____      _____
9  _____      _____
10 _____      _____
11 _____      _____
12 _____      _____
13 _____      _____
14 _____      _____
15 _____      _____
16 _____      _____
17 _____      _____
18 _____      _____
19
20               _____
                     Kenneth Corbett
21
22 Sworn to and subsribed before me,
   this the _____ day of _____, 2020.
23
24
                   _____
25

Page 62

```
 1              VERITEXT LEGAL SOLUTIONS
             One Biscayne Tower, Suite 2250
 2              2 South Biscayne Boulevard
                  Miami, Florida 33131
 3                   305-376-8800
       January 30, 2020
 4
       Kenneth Corbett
 5     c/o DESTINY S. WASHINGTON
       Ford Harrison
 6     271 17th Street NW, Ste. 1900
       Atlanta, Georgia  30363
 7     dwashington@fordharrison.com
 8     RE: Stepanovich, Jeffrey -vs- Ken Corbett Farms, LLC
 9     Dear Ms. Washington:
10     With reference to the deposition of Kenneth Corbett
       taken on 1/23/20 in connection with the above-captioned
11     case, please be advised that the transcript of the
       deposition has been completed and is awaiting
12     signature.
13     Please have your client read the transcript and complete
       the errata page. Upon completion, please send the signed
14     errata to our office at Two South Biscayne Blvd., Ste. 2250,
       Miami, FL, 33131, or email it to litsup-fla@veritext.com.
15
       If this is not taken care of, however, within the
16     next 30 days, we shall conclude that the reading
       and signing of the deposition has been waived and
17     the original, which has already been forwarded to
       the ordering attorney, may be filed with the Clerk
18     of the Court without further notice.
19     Sincerely,
20
21     Production Department
       Veritext Florida
22
23
24
25
```

**0**

**00186**   1:3

**1**

**1**   52:22
**1/23/20**   62:10
**10,000**   15:19
**10.b.**   58:4
**1008**   1:18
**10368**   2:4
**135**   7:3,5
**15-14-37**   58:14
**1545**   7:3,5
**16**   31:5,20 32:15,17
   33:20 34:9
**17th**   2:8 62:6
**1900**   2:9 62:6
**1968**   6:25
**1996**   4:24
**1:21**   1:15

**2**

**2**   62:2
**2/6/68**   6:24
**2004**   32:11
**2008**   5:2,3,4
**2009**   7:9
**2011**   17:5 31:2
   47:10
**2012**   30:24
**2013**   30:21
**2014**   30:13,16,19
   31:13 32:5,7
**2015**   31:4,5,17,20
   31:22 32:15,16,18
   32:24 33:5,14,20
   34:9 37:21 38:1,16
   47:6
**2016**   16:5,6,8 38:7
   38:20 47:5
**2017**   16:3 21:7,19
   35:2 38:21 45:1,6

46:24 47:2,5 49:23
   51:19
**2018**   9:11 13:1
   15:25
**2019**   9:7,10,12 12:5
   15:22
**2020**   1:15 9:14
   16:12,21 59:17
   61:22 62:3
**21**   53:12,15
**2250**   62:1,14
**23rd**   1:15
**271**   2:8 62:6

**3**

**30**   62:3,16
**30363**   2:9 62:6
**305-376-8800**   62:3
**30th**   59:17
**31516**   58:8
**31603**   1:19
**31636**   7:4
**33131**   62:2,14
**33324-4241**   2:4
**3:08**   1:16 57:8

**4**

**4**   3:4
**404-888-3821**   2:10
**453**   58:7

**5**

**50**   3:5
**5817-0834-4721-...**
   58:23 59:7,22

**6**

**6th**   6:25

**7**

**77**   12:21
**7:18**   1:3

**8**

**84**   2:4
**866-344-9243**   2:5

**9**

**9-11-28**   58:10
**90s**   5:3
**912-449-8486**   58:8

**a**

**ability**   26:23 29:6
   55:23
**able**   11:10 36:18,22
   37:5,10 40:15
**accounting**   25:16
**acronym**   53:10
**acting**   59:8
**adamant**   19:22
   22:19
**address**   7:2,8
**addressing**   35:12
**advised**   62:11
**afternoon**   4:7
**agency**   53:11 58:16
**aging**   53:16,18,20
   53:23 54:3
**ago**   5:16,17
**agreement**   52:21
**ahead**   23:24 24:10
   25:8 45:18 46:22
   49:5
**ailments**   41:4
**allegations**   48:11
   56:1
**alleged**   34:17
**allegedly**   37:12
**allow**   6:8
**amounts**   31:20
**answer**   6:2,8,20
   7:23 13:15 17:25
   18:6 19:4 20:5
   22:23 23:15,24

26:7 27:6 48:2
**anybody**   9:18
   43:19
**anymore**   44:12
   56:9
**appearances**   2:1
**appearing**   2:2,6
**approximate**   14:19
**april**   45:6 49:23
**arguing**   31:11
**arrangement**   51:22
   52:2,5
**article**   58:4
**asked**   26:20
**asking**   15:9 18:8
   20:13,14 26:11
   28:14 32:5,7
**assume**   6:21 26:22
   46:1
**assuming**   26:22
**atlanta**   2:9 62:6
**attended**   21:17
**attention**   19:17
**attorney**   20:1,2
   62:17
**august**   38:12
**authority**   46:3
**average**   34:9,17
   35:12,21 36:9,20
   36:24 55:5
**awaiting**   62:11
**aware**   19:9,12
   22:16,25 23:3
   29:23,24 31:5
   32:19 34:21 35:15
   36:14 38:6 43:17
   48:9,18 55:19

**b**

**b**   4:14 58:14
**back**   9:17,21 11:20
   11:22 12:4 13:20

13:22 19:21 27:1
30:17,20,22,25
31:11,13,17,22
32:1,1,11 34:3 53:4
54:10,13,19
**bad** 37:22
**based** 19:1 31:5,8
36:4
**believe** 47:22
**believed** 37:7
**believes** 15:14
**best** 6:8,9 49:12
60:4 61:5
**betrayed** 56:7
**better** 50:20
**birth** 6:23
**biscayne** 62:1,2,14
**bit** 40:8
**blackshear** 58:8
**block** 55:8
**blvd** 62:14
**board** 58:5
**boulevard** 62:2
**box** 58:7
**break** 6:14 42:20
42:22 43:4
**breast** 55:18
**breeds** 53:3
**bring** 40:16
**brokerage** 40:5
51:9,10,12,22 52:1
52:2,5,7
**brokering** 51:17
**brought** 19:17
**business** 15:2 37:3
37:13,19 40:5,9
51:10,12 56:17
**businesses** 10:18
**buy** 15:19 40:20,22
**buying** 40:12

**c**

**c** 4:14 58:10 62:5
**call** 10:4 43:15
**called** 20:20 49:22
**cancer** 17:8,11,15
17:19 18:4,17 19:2
19:10,13 22:14,21
23:7 29:22 30:1,9
41:2,7 45:21,24
47:22 48:5,7 55:15
55:18,19,19,23
**capacity** 4:16 7:21
40:2 59:8
**captioned** 62:10
**care** 62:15
**case** 1:3 31:6,8,11
58:16,16,19 59:14
62:11
**ccr** 1:23 58:22
59:22
**celler** 2:3 58:11
**certain** 23:25 24:11
26:8 35:24,25
36:12 38:8 39:13
39:16 50:16
**certainly** 15:13
**certificate** 58:23
59:1,6,7,22
**certified** 56:22 58:7
59:5,16
**certify** 59:7,12
**change** 19:7 39:18
43:1 50:2 60:6 61:7
**changes** 32:24 33:2
37:24 38:4 60:5
61:6
**charge** 27:19 58:18
**cheapest** 55:8
**children** 8:6,12,15
**children's** 8:10

**choosing** 11:20
**claim** 41:17
**clarification** 9:9
**clarify** 7:16 44:11
44:12
**clear** 20:8 22:1
**clerk** 62:17
**client** 15:17 20:1
22:2 62:13
**clients** 13:6,12 14:2
14:9,16,22 15:5,10
15:12
**close** 56:8
**collect** 53:13 54:19
**collected** 53:22
**collection** 52:19
54:21
**collections** 38:9
53:6,8,9
**collectively** 24:12
**come** 24:20 40:16
**comment** 45:16
**comments** 24:19
**commission** 27:2
27:18 52:12,13
**commitment** 28:4
28:22 29:16 49:7
**committed** 29:3
**commencing** 1:15
**company** 1:8 12:9
28:6,24 29:6,7,11
29:11,16 32:25
33:13,20 39:14
40:12,18 41:22
49:7,16 53:25
**compare** 54:1
**compared** 54:17
**compensated** 51:24
51:25
**compensation** 52:3
52:4

**complacency** 53:4
**complacent** 37:7
50:14,16
**complete** 62:13
**completed** 62:11
**completely** 49:15
**completion** 62:13
**conclude** 62:16
**concluded** 57:7
**concluding** 1:16
**confided** 44:23
**confirm** 25:5
**confrontation**
47:19
**connecting** 32:4
**connection** 62:10
**consistent** 34:19
**contacted** 58:11
**context** 27:25
**continue** 9:13
12:23
**continued** 61:1
**continuously** 34:5
**contract** 58:13,15
**contribute** 46:9
**conversation** 22:13
35:20 39:10,22
43:10 44:20 45:16
46:17,18 47:3,11
50:17,23
**conversations** 26:4
43:25 50:13,25
51:2
**copy** 56:16 57:3
**corbett** 1:7,13 3:3
4:2,19,23 5:5,6 8:1
8:3,13,16,20 9:2,5
9:14,17,22,25 10:8
10:12,25 11:5
13:11 14:1,7,9,16
14:21 15:4,21,24

16:2,7,11,11,20
17:2 20:3 21:3,17
23:13,22 25:13
26:17,19 27:16
28:5,23 30:13,18
32:6,7 34:14 35:2
38:7,17,20 39:24
42:20 47:9,23
50:10 51:13,15
60:2,3 61:2,4,20
62:4,8,10
**cord** 49:12
**corporate** 4:18
**corporation** 10:22
**correct** 6:25 7:1
12:13,16 19:13
22:15,21 24:8
29:19,20,22 30:4,6
32:15 36:3,11
37:24 42:4,8,11,15
45:6,7 47:7 59:10
60:4 61:5
**costs** 29:10
**council** 21:16,18
58:5
**counsel** 58:16
59:12
**counseled** 25:6
**counseling** 23:20
23:21
**county** 58:3 59:3
**couple** 5:13,21
14:20
**course** 20:6 43:20
51:5
**court** 1:1 6:1,3,11
13:19,23 33:24
34:1 56:14,18,23
57:1,6 58:5,7,12
59:5,16 62:18

**cover** 58:17
**crowd** 25:2
**current** 7:2
**currently** 10:14
14:10 41:7
**customary** 58:18
**customer** 40:14,15
40:16
**customers** 24:3
25:22 50:21
**cut** 9:17 11:20,22
12:4 29:10 41:24
49:12
**cv** 1:3

**d**

**d** 3:1
**daddy** 12:20
**daily** 11:2
**date** 6:23 21:9
24:15 35:14 36:18
51:8
**dates** 34:5 50:25
51:7
**davie** 2:4
**day** 11:14 22:4
34:22 49:22,24,25
55:4 59:17 61:22
**days** 22:5,6 53:12
53:15 56:17 62:16
**dear** 62:9
**decide** 49:1,2
**decided** 42:3,6
**decision** 11:22 12:6
46:6,10 48:20
49:20
**decreasing** 49:18
**defendant** 1:9 2:6
4:18
**definitely** 4:9
**definition** 12:17,19
12:22

**department** 62:21
**dependent** 28:4,22
**depends** 12:17 25:1
**deposed** 5:15,18
**deposition** 1:13
4:16 5:10 27:10
48:16 50:1 57:7
58:12,13,17 62:10
62:11,16
**despite** 47:21 48:4
**destiny** 2:7 20:16
26:10 62:5
**details** 20:4
**diagnosed** 30:9
**diagnosis** 55:22
**diary** 36:21
**die** 11:14
**different** 25:21
40:2
**difficult** 6:12 13:23
**dinner** 46:11
**direct** 52:10
**directed** 24:5,7,24
24:25
**disability** 41:8 56:2
**discipline** 23:19,21
**disciplined** 23:12
23:16 25:5
**disclose** 20:4
**disclosure** 58:1,6
**discount** 58:19
**discover** 34:14,16
**discovered** 32:23
33:4,20 37:21
**discrimination**
27:19
**discuss** 26:12 41:25
52:16,17
**discussed** 20:15
43:18,23 46:21
48:12,16

**discussion** 27:4
35:11 42:13
**discussions** 23:2
44:6,24 45:2,23
46:12
**disqualified** 58:9
**district** 1:1,1
**division** 1:2
**document** 27:11,17
27:21 28:9 36:13
**documents** 22:12
25:4,11 26:17 27:1
27:4
**doing** 10:14,17,20
12:10,24,25 13:1
27:23 38:9 40:14
40:15 52:10
**draft** 27:12
**drafted** 27:1
**drafting** 27:16
**due** 56:2
**duly** 4:3
**duties** 48:7
**dwashington** 2:10
62:7

**e**

**e** 2:3 3:1 4:14,14,14
**earlier** 50:12
**early** 21:7
**easily** 5:23
**eeoc** 19:18 22:12
31:12 35:4 45:25
**efforts** 37:12,18
**either** 22:7 23:19
32:11 46:12
**electronic** 56:25
**email** 49:9,11 62:14
**employed** 8:1,3
17:2 28:6,24 40:25
**employees** 9:19,20
10:5,25 11:5

**employment** 5:19
23:13,22 25:6 26:3
26:9 27:2,18 28:3
28:21 35:22 36:12
37:3 51:6
**engage** 51:13
**equal** 27:1,17
**equally** 52:24
**eric** 21:23,24 29:19
29:25 30:8 44:20
45:3,9,16,20,24
46:1,3,13,16 47:8
52:13,21
**errata** 60:1 61:1
62:13,14
**esquire** 2:3,7,12
**event** 59:14
**evidentiary** 27:10
**evidently** 19:23
**exact** 10:13 21:9
39:10,22 51:8
**exactly** 12:10 14:18
46:18 47:2
**examination** 3:4,5
4:5 50:8
**exception** 60:4 61:5
**exclusive** 58:15
**existence** 16:11
**expand** 31:7
**expected** 16:21
**expedited** 56:16
**expense** 49:18
**experience** 55:22
**explain** 40:3,7,9
51:9 53:6 54:25
**explanatory** 7:19

**f**

**f** 26:2
**fact** 32:5 35:12
36:8 37:6,11,17
47:21 48:4,6

**fair** 20:16
**false** 28:7,15,25
**familiar** 16:24
**famous** 25:21,25
35:7,16 36:14
**far** 27:5 31:16,17
42:25 45:18 52:1
53:16
**farm** 26:23 31:16
31:23 52:10 53:12
55:11
**farming** 10:16
**farms** 1:7 4:19,23
5:5,6 8:1,4,13,16
8:21 9:2,5,14,17,22
9:25 10:8,12,25
11:5 13:11 14:1,7
14:10,17,21 15:4
15:21,24 16:2,11
16:12,20 17:2
21:17 23:13,22
25:13 28:5,23
30:13,19 32:6,8
38:7,17,20 39:24
47:9,24 51:14,15
60:2 61:2 62:8
**father** 11:10
**favor** 6:2
**february** 6:25
21:10,11,18 38:12
**federal** 53:10
**feel** 6:15 15:17
29:15 49:6 56:3
**feels** 56:7
**felt** 29:14 49:8,11
56:4
**filed** 19:17 27:19
39:1 62:17
**filing** 35:4
**financial** 30:14,19
31:14 32:6 37:22

38:17,20 58:19
**financially** 38:7
40:19
**find** 18:3 19:3,15
24:2
**fine** 20:17 27:12
**finish** 6:8 42:21
**fire** 46:4 48:22
**fired** 17:12,15,20
18:1
**firing** 44:21 45:19
56:2
**first** 4:3,23 18:3
32:19 34:20 38:6
38:14 47:8 55:25
**five** 14:12,22 15:5
15:10,12,14 43:6
56:16
**fl** 62:14
**fla** 62:14
**florida** 2:4 62:2,21
**floridaovertimela...**
2:5
**follow** 44:10
**following** 16:18
42:17 58:5 60:4
61:5
**follows** 4:4
**ford** 2:8 62:5
**fordharrison.com**
2:10 62:7
**foregoing** 59:9
**forever** 42:9
**forgotten** 19:23
**form** 7:15,22 13:9
13:14 14:3,23 15:6
16:14 17:23 18:5
22:22 23:14,23
24:9,17 25:7,14
26:6 27:3,8 30:2,10
31:18,24 32:9 33:7

33:22 34:10 35:5
38:13 41:20 42:16
45:11 46:25 47:25
48:17,23 49:4
56:25
**formed** 4:23
**forward** 29:17 49:8
**forwarded** 62:17
**found** 18:8,20
33:13 38:19
**foundation** 27:5,9
**four** 5:17 14:12,22
15:5,9,11,14
**fourth** 42:14 48:21
49:1
**free** 6:15
**fresh** 31:10
**friend** 55:17 56:8
**friends** 55:16
**further** 31:22 50:4
59:12 62:18
**fussing** 24:21

**g**

**game** 50:18
**generally** 38:10
39:11
**georgia** 1:1,8,19
2:9 7:3,6 58:2,5,7,8
59:2,6,16 62:6
**give** 34:4,22 35:14
41:18 51:8
**given** 58:19
**go** 5:21 23:24 24:10
25:8 38:16,19 39:4
46:22 49:5 54:18
**goal** 11:23 12:1
**god** 11:23
**goes** 52:1
**going** 5:21 6:11,20
9:13 15:24 19:24
19:25 20:8,11

31:11 42:7,18
46:23 53:24
**good** 4:7 55:9
**goodness** 5:16
**gregory** 1:18 2:12
**gross** 52:23,23
**ground** 5:22
**grow** 29:6
**growing** 29:16
**growth** 37:2
**guess** 14:11,20 26:2
32:4,12 39:3
**guessing** 21:21
**guy** 40:11 55:8

**h**

**h** 4:14
**hand** 59:15
**happened** 42:15
**happens** 53:14
**hard** 11:19 54:22
**hardship** 31:15
32:6,8 37:23 38:17
**hardships** 30:14,19
**harrison** 2:8 62:5
**head** 6:4
**hear** 13:16,24 50:6
**help** 29:6
**helped** 40:18
**high** 40:20,22
**higher** 24:3 50:20
55:5,6
**highway** 7:3,5
**hindsight** 53:2
**hire** 17:6 39:24
40:15 42:3,7 46:3
48:21 49:1
**hired** 17:9 40:4,5
40:11,23 41:6,24
51:18
**hiring** 42:14

**histories** 32:2
**hl** 1:3
**hold** 54:4
**hope** 16:22
**hopefully** 42:1
**hotel** 22:7,10
**hundred** 14:20

**i**

**idea** 14:11 36:1,10
41:23
**identify** 35:19
**impacted** 53:7
55:23
**important** 55:1
**improving** 41:18
**increase** 37:13,18
**increasing** 49:17
**indicator** 55:1
**individual** 4:16,17
25:2
**individually** 24:12
24:25
**individuals** 29:21
**inform** 10:7 43:15
**information** 20:14
48:11,15
**informed** 10:10
23:6 43:11 47:15
**insofar** 20:1
**instruct** 20:3
**interest** 58:9
**interested** 59:14
**interrupt** 19:25
**inventory** 25:16
**invoices** 52:19 53:7
53:8 54:19
**issue** 27:10
**issues** 41:12,16

**j**

**january** 1:15 38:12
59:17 62:3
**jared** 8:11,19 9:22
9:24 10:23 46:14
**jed** 21:23,24 29:18
29:25 30:9 52:13
52:21
**jeff** 16:24 21:23,24
22:1 36:13 38:21
44:21,25 46:1
52:22
**jeffrey** 1:4 62:8
**jessica** 8:11,22
**job** 24:16 27:23
37:7 47:23 48:7
53:21 55:14
**judicial** 58:5
**justin** 8:11,19,20
9:1,4,21,23,24
10:23 46:14

**k**

**k** 4:14
**keep** 36:21 54:2
**ken** 1:7 4:18,22 5:5
5:6 8:1,3,13,16,20
9:2,5,14,17,22,25
10:8,11,25 11:5
13:11 14:1,7,9,16
14:21 15:4,21,24
16:2,7,10,11,20
17:2 21:17 23:13
23:22 25:12 28:5
28:23 30:13,18
32:5,7 38:7,17,20
39:24 47:8,23
51:13,15 60:2 61:2
62:8
**kenneth** 1:13 3:3
4:2 60:3 61:4,20

62:4,10
**kids** 8:23 10:1 11:2
11:17 12:8
**kimberly** 7:13 21:2
**kind** 13:7,12 37:15
49:14
**knew** 17:14 49:16
56:4
**know** 6:15,18 8:23
10:4,14,24 11:23
14:9,16 15:16,18
16:22 17:1,10,21
19:19,20 20:9 21:6
21:15 28:2 30:20
30:22,25 31:19
32:10,12,14,16,20
33:1 39:4,21 41:3,6
43:20,24 44:8,11
44:19 45:15,15,18
45:20,22 46:16
47:5 49:24 50:15
**knowing** 18:16
**knowledge** 4:17
29:25 30:8,18 41:2
45:20 46:1 48:10
48:14 60:4 61:5
**knows** 18:25 19:1
44:2,6

**l**

**laid** 10:3,4 27:5
**lake** 7:3,5
**land** 10:20,21,22
**large** 31:20
**law** 1:18
**lawsuit** 5:19 18:21
48:11,15
**lawyer** 20:10,11,15
**lawyers** 43:20 44:1
44:9,17
**learned** 55:25

**legal**  2:3 58:11 62:1
**length**  26:8 54:21
**lengthy**  44:20
**liability**  1:8
**limited**  1:8 27:8
**line**  60:6 61:7
**lines**  46:20
**litigation**  58:19
**litsup**  62:14
**little**  40:8
**live**  7:10
**lived**  7:8
**lives**  10:2
**llc**  1:7 4:19,23 5:6
  28:5,23 60:2 61:2
  62:8
**long**  7:8 23:5 43:4
  43:10
**longer**  10:5,8,11,24
  11:4 27:14
**look**  27:24 28:10,11
  30:17 31:13,22,25
  32:1,7,11 35:1,3,6
  54:20,21 55:9
**looked**  31:17 32:14
  36:5 54:20,22
**looking**  30:20,22
  30:25
**lose**  15:2 55:10,10
**losing**  29:12 39:14
**loss**  38:7,20
**lost**  31:19,23 32:16
  32:18,24 33:4,13
  33:13,21
**lot**  51:17 55:10
**lots**  55:8
**loud**  6:3
**low**  40:20,22 55:9
**lower**  34:17 36:9
  51:4

**lowest**  29:15
**lowndes**  58:3 59:3

**m**

**m**  26:2
**mad**  56:4
**making**  37:12 54:7
**manager**  44:21,22
**march**  21:10,11,18
**margin**  55:9
**marking**  40:13
**matter**  20:13
**mean**  9:9 17:18,18
  29:4 31:7 32:20
  35:1 39:19 40:3,9
  55:13
**meaning**  29:18
  42:14
**means**  7:16,17
  12:22,24 17:19
  49:17
**meant**  26:20,22,25
**meet**  10:23
**memory**  58:7,9,11
  58:13,15,18
**mentioned**  20:3
**miami**  62:2,14
**michelle**  1:23 56:12
  58:22 59:5,22
**middle**  1:1
**mind**  31:10 40:7
  49:15
**minors**  8:8
**minute**  9:21
**minutes**  43:6
**mischaracterizing**
  18:18
**misstating**  14:24
  15:7,8 18:18
**money**  15:2,17 29:7
  29:12 31:20,23
  32:16,18,24 33:4

33:13,14,21 39:14
  51:17 53:13 55:7
  55:10,10
**month**  21:8,9
**months**  53:24
**move**  6:9 49:8
**moving**  29:17
**multiple**  22:5,6
  45:1

**n**

**n**  1:18 3:1 4:14,14
**name**  4:7,12 7:12
  21:2,15 25:23
  51:19
**names**  8:10
**need**  6:14 9:18 10:7
  15:19 21:8 24:2
  27:11,24 28:2,4,22
  29:1,1,2,3 43:5
  46:20,21 56:21
  57:3,5
**needed**  10:11,25
  11:5 49:16 50:17
  50:17
**neighbors**  55:17
**neither**  29:21
**never**  15:11 20:8
  20:11,14 29:24
  42:15 53:14
**noah**  2:3,5 4:8 7:16
  19:25 28:8 42:19
  50:6 56:10
**nods**  6:4
**noise**  54:8
**note**  27:24
**noted**  60:5 61:6
**notice**  62:18
**november**  40:1
  51:19
**numbers**  33:6,8,15
  33:19

**nw**  2:8 62:6

**o**

**o**  4:14 26:2 62:5
**o.c.g.a.**  58:10,14
**object**  7:15,22 13:9
  13:14 14:3,23 15:6
  16:14 17:23 18:5
  20:1 22:22 23:14
  23:23 24:9,17 25:7
  25:14 26:6 27:3
  30:2,10 31:18,24
  32:9 33:7,22 34:10
  35:5 38:13 41:20
  42:16 45:11 46:25
  47:25 48:17,23
  49:4
**objection**  27:9
**objections**  27:8
**obviously**  56:6
**office**  1:18 38:2
  44:23 53:19 62:14
**offices**  58:11
**official**  59:15
**okay**  4:15,22 5:5,9
  5:18,21,23,24 6:5,6
  6:12,13,15,16,18
  6:19,21,22 10:3
  15:15 16:10 18:13
  19:12 20:12,19,22
  28:13 36:22 43:3,7
  44:17 47:18 50:10
  51:2,21,24 52:3,11
  52:15 53:1 54:8,25
  56:14,23 57:6
**once**  45:14
**operations**  28:5,23
**opinion**  55:1
**opportunity**  27:2
  27:18 41:19
**options**  49:14

oral 6:3
order 56:25
ordering 56:19
  62:17
original 56:20,21
  62:17
orlando 21:13 22:8
outcome 59:14
outside 52:5
overall 52:3 54:22
  55:4

**p**

p.m. 1:15,16 57:8
p.o. 58:7
pa 2:3 58:11
paca 53:10
package 51:3
packages 55:8
page 3:2 60:1,6
  61:1,7 62:13
pages 59:9
paid 52:18,20,22
  52:24 53:5,7,11,12
  53:22,24,25
park 7:3,6
part 38:14
particular 24:14
  53:17,17 54:2,18
parties 58:18
party 58:16,19
  59:13
patterson 1:18
pay 53:3
paying 24:3 50:20
  53:24
pc 1:18
people 53:23
percent 52:22
performance 24:16
  37:8 41:18 50:14

performed 47:23
performing 48:7
period 8:23 17:3
  24:1 35:24
periodically 33:9
  34:6,12 35:7
person 10:24 11:1
  39:7 40:23 56:5
personnel 33:2
  37:24 38:3
phone 39:7,8 54:7
phrased 28:2
pick 50:17
place 21:11
plaintiff 1:5 2:2
plan 48:22
please 4:13 6:2,7
  6:14,18 13:20
  48:13 54:11 62:11
  62:13,13
point 49:12
poor 53:2
portion 13:21 34:2
  54:12
possible 5:23
present 2:12
pretty 7:18
prevent 48:7
previously 16:13
  22:25
price 34:9 35:12,22
  36:9,20,24 51:3
  54:23 55:3,5,5,6
prices 24:21 34:17
prior 31:14 33:17
  44:21 45:1,10
  49:25
privilege 20:2
probably 8:24 10:1
  16:22,23 21:20
  33:16 44:18

problem 18:14
process 52:17
produce 19:22
  21:16,18 29:2
  40:12
produced 4:3
producer 29:15
producing 25:12
product 15:19,22
  15:25 16:3,8 20:2
  54:23 55:3
production 26:5,12
  26:14,14,21 27:22
  28:4,22 29:4 33:15
  33:19 55:6 62:21
products 51:21
  53:12
profit 14:21 15:4,9
  26:23 52:23
profitability 54:23
  55:2
profitable 49:17
  51:13,15
profits 49:18
program 25:24
prohibited 58:14
pronunciation 4:10
prostate 55:15
proud 11:9,17,18
provide 58:11,15
provisions 58:9
pull 53:20
pulling 27:25
pursuant 58:4
put 20:10 25:18

**q**

question 6:17,20,21
  7:19 10:6 13:20,24
  15:1 18:8,15,16,23
  19:2,7 26:11,20
  29:8 30:7 33:12,23

35:18,19 36:7,17
37:14 39:3 41:14
42:21 44:5,6,10
48:3,13 51:11 52:6
55:12
questions 20:13
  50:4,5,10 56:9
quickly 5:23
quit 45:17 46:20,22

**r**

r 4:14
ran 36:13
random 36:4
randomly 34:12
rates 58:18
reaction 47:17
reactions 11:7
read 13:20,21 34:2
  54:10,12 56:13
  60:3 61:4 62:13
reading 62:16
realized 32:23
really 35:1
reason 18:24 29:13
  39:17,23 60:6 61:7
recall 9:24 10:10
  10:13 11:3,7 17:4
  21:8,9 22:10 27:16
  27:21 38:18,23
  39:1,5,10,11 41:9
  43:13 46:16,17,24
  47:1,2,11,18,19
  49:19 50:22 52:9
recaps 32:22 38:9
recess 43:8
recollection 9:1,4
  33:18
record 4:13
records 25:15,20
  30:23 31:1,9 32:1

**refer** 5:5
**reference** 62:10
**referral** 58:16
**referring** 5:7 22:2
**regard** 27:18,22
  35:21
**regards** 55:2
**regulation** 53:11
**regulations** 58:5
**related** 5:19 59:13
**relates** 52:18
**relation** 35:17
**relationship** 58:9
**remained** 37:7
**remember** 19:20
  21:13 27:25 46:19
  51:7
**remembered** 19:16
**rent** 10:21,22
**repeat** 11:25 13:8
  28:16 33:23,24
  37:14 41:14 42:5
  48:3,13
**rephrase** 18:22
  44:11
**report** 53:18,20,23
**reported** 1:23 59:8
**reporter** 6:1,3,11
  13:19,23 33:25
  34:1 56:14,18,23
  57:1,6 58:7,16 59:6
  59:16
**reporting** 58:5,7,7
  58:9,11,12,13,15
  58:15,16,18
**reports** 55:22
  35:15 36:5 53:16
**represent** 4:8
**representative** 4:18
**requested** 13:21
  34:2 54:12 58:20

59:11
**reselling** 40:13
**reserved** 57:8
**residential** 7:2
**respond** 18:12
**response** 18:16
**responses** 6:3
**responsibilities**
  53:9
**responsibility**
  53:13,15
**restate** 30:7
**result** 31:16 38:16
**retire** 11:10,17
  12:9
**retired** 11:13 12:10
  12:12,15,20
**retirement** 12:18
  12:22
**review** 33:5,8,14,19
  34:5,8 58:20 59:10
**reviewed** 33:16
**richard** 2:3 58:11
**right** 4:7 5:25 13:4
  52:8,9 57:5
**road** 2:4
**rpr** 1:23 58:22
  59:22
**rules** 5:22 58:4
**run** 12:8 35:15
  53:15
**running** 37:15
  41:23

**s**

**s** 2:7 26:2 62:5
**salary** 41:24
**sale** 52:23 53:17
**sales** 25:17,22 32:1
  33:2,8 35:12 38:2
  44:21,22,23 52:7
  52:10,25

**salesman** 35:13
  41:24 42:4,7,14,14
  47:23 48:8 49:2
  51:18 54:2,18
**salesman's** 34:8
  53:13
**salesmen** 14:13,15
  21:21,22 24:2,20
  24:24 25:22 28:6
  28:24 29:17,18
  35:15,17 36:10
  42:13 44:18 51:4
  51:13,16,16 52:2
  52:18,20,21 53:7
  54:1,17 55:2
**salesmen's** 53:9
**salespeople** 24:7
  34:18
**salespeople's** 33:5
  33:14,19
**salesperson** 39:24
  40:4 48:21
**sat** 26:11
**saw** 22:13
**saying** 41:12
**says** 17:13,18 18:17
  19:5,20
**scale** 13:3
**schedule** 53:3
**se** 23:16,18
**seal** 59:15
**season** 32:21
**seasonal** 9:20
**second** 54:5 57:2
**see** 5:25 11:1 31:14
  31:23 32:7 35:16
  53:20
**self** 7:19
**sell** 15:24 16:12,21
  16:23 26:23 40:20
  40:22 54:23 55:3,7

55:8
**selling** 15:21 16:2,7
  34:9,17 35:8,21
  36:9,20,24 55:9
**send** 62:13
**sending** 27:17
**sent** 27:1 49:11
  53:19
**sentence** 29:5
**serve** 13:6,11 14:1
  14:4
**served** 45:25
**services** 10:11
  58:12,15
**set** 53:3
**share** 52:11,12
**shared** 52:13
**shoulder** 6:4
**show** 19:22 20:19
  20:20,21,22 21:5
  21:10,12,15 22:4
  23:4,5 25:11,22
  27:11
**showed** 36:14 49:8
**shows** 53:16
**shrugs** 6:4
**side** 55:14,14
**sign** 56:13
**signature** 57:8
  62:12
**signed** 62:13
**signing** 62:16
**simple** 36:18
**sincerely** 62:19
**single** 35:20
**sir** 4:7,22 19:9 20:9
  34:1
**sit** 18:25 19:9 53:4
**sitdown** 26:4
**sitting** 53:22

**six** 53:23
**smaller** 13:3
**software** 25:16,17
  25:17 35:8
**sold** 16:20 51:21
**solutions** 62:1
**somebody** 53:4
**son** 44:19
**sons** 44:19 46:12
**soon** 28:12
**sorry** 5:1 9:3 11:12
  11:25 12:14 13:8
  17:17 18:11 19:25
  25:23 28:16 30:15
  37:14 38:25 40:7
  40:21 42:5 43:22
  48:24 54:7
**south** 7:3,5 62:2,14
**southeast** 21:16,18
**speak** 36:11 41:11
  41:16 45:8
**specific** 24:18
  33:12,18 34:4,22
  35:10,14,23 36:18
  37:1,5,10,16,20
**specifically** 34:8
**spell** 4:12 26:1
**spoke** 24:11,15
  35:25 36:2,2,8,19
  36:23 37:2,6,11,17
  41:21,22
**spoken** 20:9 44:9
  44:14
**spring** 21:7,7
**stand** 35:16 46:12
**start** 6:10 47:8
**started** 9:25 11:24
  12:1 17:4
**state** 2:4 4:12 58:2
  59:2,6,16

**stated** 18:15 19:11
**statement** 28:7,15
**states** 1:1 27:17
**stay** 22:7
**ste** 62:6,14
**stepanovich** 1:4 4:8
  4:9,10 16:24 17:1,8
  17:11,14 18:17
  19:2,10,13 20:23
  22:2,14,21 23:9,12
  23:21 24:6,15,25
  25:5,12 26:4,12
  27:19,22 29:9
  34:16 35:2,11,21
  36:1,8,19,23 37:2,6
  37:11,17 39:6,25
  41:10,15 42:10
  43:11,15,19,24
  44:8,15 45:2,3,5,9
  46:7,15 47:13,15
  47:21 48:4,6,22
  49:3,20 50:13 51:3
  51:25 52:4 56:1
  62:8
**stepanovich's** 18:4
  23:6 28:3,21 45:21
  45:24 48:15
**stephanie** 27:7
**stephanovich** 60:1
  61:2
**storch** 2:3 3:4 4:6,8
  7:18,20,25 13:10
  13:19,25 14:6,25
  15:8,13,20 16:19
  17:24 18:7,20,24
  19:6,8 20:6,7,16,18
  23:1,17 24:4,13,22
  25:10,19 26:10,16
  26:18 27:7,15
  28:11,14,18,20
  30:3,12 31:21 32:3

32:13 33:10,24
  34:7,13 35:9 38:15
  42:2,23,24 43:4,7,9
  45:13 47:4 48:1,19
  48:25 49:10 50:7
  54:4,7 56:11 57:3,5
**street** 1:18 2:8 62:6
**strictly** 40:5 51:21
**strike** 14:7 22:18
  34:15 48:5
**structure** 33:3
**stuff** 35:8
**subia** 1:23 58:22
  59:5,22
**subsribed** 61:22
**sued** 38:23
**suffered** 32:6,8
  37:22 38:7,20
**suffering** 41:7
**sufficient** 37:12,18
**suit** 19:18,18 39:2
**suite** 2:9 62:1
**supplied** 36:13
**supposed** 53:11
**sure** 8:24 10:9 11:1
  11:9 26:24 28:1,18
  32:4 33:16 38:5
  41:3 44:12,16
  45:12 47:19 51:5
  54:6 56:18,19
**sustain** 30:13
**switched** 48:21
**switching** 4:9
**sworn** 4:1,3 61:22

**t**

**t** 4:14,14,14
**table** 46:11
**take** 6:4 42:19,20
  42:22 43:4
**taken** 5:10 43:8
  62:10,15

**takes** 21:11
**talk** 6:7,9 41:11,17
**talking** 6:10 19:19
  25:1,2 45:17 46:20
  46:22
**tampa** 21:14 22:8
**telephone** 43:15
**telephonically** 2:2
**tell** 4:22 18:3 23:5
  23:20 24:14 27:12
  34:23 35:10 36:18
  36:22 37:1,5,10,16
  39:7 45:8 47:16
  52:17
**telling** 39:23
**term** 26:14,16
**terminate** 46:6
  49:2,13,20
**terminated** 23:10
  29:9 35:3 39:6,22
  39:25 41:12,17
  42:11 43:16 44:3
  45:2,6 47:16
**terminating** 41:10
  41:15 44:24 45:3
  46:15
**termination** 43:12
  43:18,23 44:7,15
  45:9 47:12
**terry** 40:24 51:20
  52:4,7,12
**testified** 4:4 37:23
  45:10 50:12
**testimony** 14:24
  15:7 17:21 18:1,19
  19:1 22:17,19 36:7
  43:1 50:2 59:8 60:3
  61:4
**thank** 28:19 54:15
  57:6

theirselves 35:16
thereof 59:10
thing 12:25 40:17
  42:1 52:15
things 6:4 52:16
think 4:24 5:1,4
  7:18 20:19 23:19
  40:1 47:10,18
three 5:16 21:20,22
  41:22 52:20 54:1
  54:17
thursday 1:15
  56:17
till 11:14
time 5:14 6:12,14
  8:23,24 10:13
  13:18 17:3,9 18:1
  21:22 22:18 23:22
  24:14,18 34:20
  35:23 36:19 37:1,5
  37:10,16,20 44:19
  45:17 54:21
times 5:12 24:2
  26:9 36:2,11,23
  45:8 46:21 50:22
tired 12:7
today 6:2 18:25
  19:9 48:12,16
told 11:4 19:21,22
  22:17,20,24 23:4
  24:1 39:12,20 46:2
tower 62:1
trade 20:19,20,21
  20:22 21:5 22:4
transcribed 59:9
transcript 57:4
  58:20 59:10,11
  60:3 61:4 62:11,13
treatments 55:19
  55:20

trouble 4:9 16:18
true 28:7,15,25
  59:10 60:4 61:5
try 39:15
trying 12:3 29:10
  29:11 44:10
turn 26:23 29:11
  39:15 41:22 42:1
  49:7,16
two 29:12,17,18,21
  52:16 62:14
type 23:19 56:4
typically 21:11
  53:14

## u

u 26:2
ultimately 42:3,6,9
  42:10 45:5
uncollected 53:21
understand 4:20
  5:6 6:17 12:3,4
  16:15,16 17:17
  26:19 33:11 44:4
understood 6:21
  8:25 19:6 25:3
  35:18 36:6,16 41:5
united 1:1 27:17
uses 26:17
usual 58:18

## v

vague 26:14,15
valdosta 1:2,19
varies 32:20
veritext 62:1,21
veritext.com. 62:14
voyles 1:18 2:12
  13:16
vs 1:6 60:1 61:2
  62:8

## w

w 2:4
waived 62:16
want 11:15 12:11
  12:24 13:5,13 14:2
  14:5 20:9 25:17
  27:13 28:9 42:21
  43:20,24 44:8
wanted 52:15,16
wanting 44:11
wants 42:20
washington 2:7 3:5
  7:15,22 13:9,14
  14:3,23 15:6,11,15
  16:14 17:23 18:5
  18:11,14,22 19:4
  19:24 20:17 22:22
  23:14,23 24:9,17
  25:7,14 26:6,13
  27:3 28:8,13,16,19
  30:2,10 31:18,24
  32:9 33:7,22 34:10
  35:5 38:13 41:20
  42:16,19 43:6
  45:11 46:25 47:25
  48:17,23 49:4 50:5
  50:9 54:6,10,14,16
  56:10,12,15,21,24
  62:5,9
way 9:17 27:13
  28:1 49:18,18
  51:24 53:2 56:5
ways 41:25
we've 31:10
went 20:22
wife 7:11 19:19
  20:25 21:20 22:14
  22:17,19 23:5
  44:19 47:12 55:17
willing 51:16 55:20

withdraw 51:10
  52:5 54:14
witness 3:2 4:1
  7:24 13:17 14:4
  15:16 16:16 18:10
  18:13 22:24 23:16
  23:25 24:11,18
  25:9,15 26:8 30:11
  31:19,25 32:10
  33:8,23 34:4,11
  35:6 38:14 41:21
  42:17 45:12 47:1
  48:18,24 49:6 54:9
  59:15 60:3 61:4
word 26:21 27:22
  27:25 29:4 50:16
work 7:14,16,21
  8:12,20 9:2,5,22
  10:7,15,17,20
  11:14,18,24 12:2
  12:23 13:5 14:2
  20:2 42:1 53:5
  55:21,23
worked 8:15 9:10
  9:12 12:7,20 24:1
  35:24 40:12,14
  55:13,13,14,18
working 9:10,13,25
  11:11,13 12:13,16
  13:4,5,7,12 14:13
  14:16 47:8
works 7:24 44:2
world 56:6
wright 40:24 51:20
write 16:17
writing 20:10
wrong 18:7 20:20
  26:10

**[x - years]**

| x |
| --- |
| **x**   3:1 |

| y |
| --- |
| **yeah**   50:7 |
| **year**   9:6,10 16:10 |
| 30:15 33:9 34:6,12 |
| 34:23,24 37:22,25 |
| 38:11,14 45:14 |
| **years**   5:16,17 29:12 |
| 31:9,14 44:24 45:1 |
| 45:10 |

Georgia Code

Title 9, Chapter 11

Article 5, Section 9-11-30

(e) Review by witness; changes; signing.

If requested by the deponent or a party before
completion of the deposition, the deponent shall
have 30 days after being notified by the officer
that the transcript or recording is available in
which to review the transcript or recording and, if
there are changes in form or substance, to sign a
statement reciting such changes and the reasons
given by the deponent for making them. The officer
shall indicate in the certificate prescribed by
paragraph (1) of subsection (f) of this Code
section whether any review was requested and, if
so, shall append any changes made by the deponent
during the period allowed. If the deposition is not
reviewed and signed by the witness within 30 days
of its submission to him or her, the officer shall
sign it and state on the record that the deposition
was not reviewed and signed by the deponent within
30 days. The deposition may then be used as fully
as though signed unless, on a motion to suppress
under paragraph (4) of subsection (d) of Code

Section 9-11-32, the court holds that the reasons given for the refusal to sign require rejection of the deposition in whole or in part.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FORINFORMATIONAL  PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL1, 2019.  PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

1             UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF GEORGIA
2                  VALDOSTA DIVISION
3               CASE NO: 7:18-CV-00186-HL
4

   JEFFREY STEPANOVICH,

5

        Plaintiff,

6

   vs.

7

   KEN CORBETT FARMS, LLC, A
8  GEORGIA LIMITED LIABILITY
   COMPANY,

9

        Defendant.

10
11
12  --------------------------
13                 DEPOSITION OF
                   KENNETH CORBETT
14
15           Thursday, January 23rd, 2020
                Commencing at 1:21 p.m.
16              Concluding at 3:08 p.m.
17
18       Law Office of Gregory A. Voyles, PC
                1008 N. Patterson Street
19              Valdosta, Georgia  31603
20
21
22
23       Reported by Michelle Subia, RPR, CCR
24
25

```
                                                    Page 2
 1    APPEARANCES:
 2         APPEARING TELEPHONICALLY FOR THE PLAINTIFF:
 3              NOAH E. STORCH, ESQUIRE
                Richard Celler Legal, PA
 4              10368 W State Road 84
                Davie, Florida  33324-4241
 5              866-344-9243
                noah@floridaovertimelawyer.com
 6
           APPEARING FOR THE DEFENDANT:
 7
                DESTINY S. WASHINGTON, ESQUIRE
 8              Ford Harrison
                271 17th Street NW
 9              Suite 1900
                Atlanta, Georgia  30363
10              404-888-3821
                dwashington@fordharrison.com
11
12         Also Present:  Gregory A. Voyles, Esquire
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

1                           I N D E X

2

WITNESS                                        PAGE

3

KENNETH CORBETT

4

Examination by Mr. Storch                        4

5    Examination by Ms. Washington                    50

6

7                         -    -    -

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1                    (Witness sworn)

2                    KENNETH CORBETT,

3          having been produced and first duly sworn,

4                    testified as follows:

5                        EXAMINATION

6    BY MR. STORCH:

7          Q     All right.  Good afternoon, sir.  My name

8    is Noah Storch.  I represent Mr. Stepanovich.  I'm

9    definitely having trouble switching from Stepanovich

10   to Stepanovich (as to pronunciation), but we'll get

11   through that.

12              Can you state and spell your name for the

13   record, please?

14         A     K-e-n-n-e-t-h C-o-r-b-e-t-t.

15         Q     Okay.  And before we begin, we are taking

16   your deposition both as to your individual capacity

17   and your individual knowledge, but also as the

18   corporate representative of the defendant, Ken

19   Corbett Farms, LLC.

20              Do you understand that?

21         A     Yes.

22         Q     Okay.  Can you tell me, sir, when did Ken

23   Corbett Farms, LLC first become formed?

24         A     I think it was 1996.

25         Q     And if I --

Page 5

1       A     No, I'm sorry, I think it may have been

2    2008.

3       Q     Is it '90s or 2008?

4       A     I think it was 2008.

5       Q     Okay.  If I refer to Ken Corbett Farms,

6    LLC as just Ken Corbett Farms, will you understand

7    what I'm referring to?

8       A     Yes.

9       Q     Okay.  And have you ever had your

10   deposition taken before?

11      A     Yes.

12      Q     How many times?

13      A     A couple.

14      Q     When is the last time that you were

15   deposed?

16      A     Goodness, it's been maybe three years ago,

17   four years ago.

18      Q     Okay.  Have you ever been deposed in an

19   employment-related lawsuit?

20      A     No.

21      Q     Okay.  I'm just going to go over a couple

22   of ground rules so that we can get you out of here

23   as quickly and as easily as possible, okay?

24      A     Okay.

25      Q     All right.  So as you can see, there's a

1    court reporter that's taking down everything that's

2    said today, so please do me a favor, answer out

3    loud, oral responses only.  The court reporter can't

4    take down things like shoulder shrugs or head nods,

5    okay?

6         A    Okay.

7         Q    Please don't talk over me.  I'll do my

8    very best to allow you to finish your answer before

9    I move on.  And I will do my best also to not talk

10   over you.  Because if we start talking over each

11   other, the court reporter is going to have a very

12   difficult time, okay?

13        A    Okay.

14        Q    If at any time you need a break, please

15   feel free to let me know, okay?

16        A    Okay.

17        Q    If you don't understand my question,

18   please let me know, okay?

19        A    Okay.

20        Q    If you answer the question, I'm going to

21   assume that you understood the question, okay?

22        A    Okay.

23        Q    What is your date of birth?

24        A    2/6/68.

25        Q    February 6th, 1968, correct?

1      A      Correct.

2      Q      What is your current residential address?

3      A      1545 Highway 135 South, Lake Park, Georgia

4    31636.

5      Q      Was that 1545 Highway 135 South, Lake

6    Park, Georgia?

7      A      Yes.

8      Q      How long have you lived at that address?

9      A      Since 2009.

10     Q      Does anyone live with you?

11     A      My wife.

12     Q      What is her name?

13     A      Kimberly.

14     Q      And does she work with you?

15            MS. WASHINGTON:  Object to form.  Can you

16     clarify, Noah, what that means, what "work

17     with" means?

18            MR. STORCH:  Well, I think that's a pretty

19     self-explanatory question.

20   BY MR. STORCH:

21     Q      Does she work with you in any capacity?

22            MS. WASHINGTON:  Object to form.

23            You can still answer it, though.

24            THE WITNESS:  Yes, she works with me.

25   BY MR. STORCH:

Page 8

1      Q    Is she employed by Ken Corbett Farms?

2      A    No.

3      Q    Has she ever been employed by Ken Corbett

4  Farms?

5      A    No.

6      Q    Do you have any children?

7      A    Yes.

8      Q    Are any of them minors?

9      A    No.

10     Q    What are your children's names?

11     A    Justin, Jessica, and Jared.

12     Q    Do any of your children work with you at

13  Ken Corbett Farms?

14     A    No.

15     Q    Have any of your children ever worked for

16  Ken Corbett Farms?

17     A    Yes.

18     Q    Who?

19     A    Justin and Jared.

20     Q    When did Justin work for Ken Corbett

21  Farms?

22     A    And Jessica as well, maybe.  I don't

23  know -- they're my kids -- over the period of time.

24  I'm sure they probably did at some time or other.

25     Q    Understood.

1            When, to your recollection, did Justin

2    work for Ken Corbett Farms?

3        A    I'm sorry, say that again.

4        Q    When, to your recollection, did Justin

5    work for Ken Corbett Farms?

6        A    Up until last year.

7        Q    So up until 2019?

8        A    Yes.

9        Q    And just for clarification, does that mean

10   that he worked in 2019 or his last year of working

11   was in 2018?

12       A    He worked in 2019.

13       Q    And is he going to continue working for

14   Ken Corbett Farms in 2020?

15       A    No.

16       Q    Why not?

17       A    Because Ken Corbett Farms has cut way back

18   and I don't need anybody but myself.

19       Q    You don't have any employees?

20       A    There will be a few seasonal employees.

21       Q    We'll get back to Justin in a minute.

22   When did Jared work for Ken Corbett Farms?

23       A    That would be the same as Justin.

24       Q    Do you recall when Justin and Jared

25   started working for Ken Corbett Farms?

1      A     No.  They're my kids, probably their whole

2    lives.

3      Q     Okay.  So were they laid off?

4      A     I don't know if you would call it laid

5    off.  They are no longer employees.

6      Q     Well, let me ask you this question.  Did

7    you inform them that you didn't need them to work

8    for Ken Corbett Farms any longer?

9      A     Yes, I'm sure.

10     Q     Do you recall when you informed them that

11   their services would no longer be needed by Ken

12   Corbett Farms?

13     A     No, I don't recall the exact time.

14     Q     Do you know what they're currently doing

15   for work?

16     A     They're farming.

17     Q     Are they doing work for you or any of your

18   businesses?

19     A     No.

20     Q     Are they doing work on any of your land?

21     A     Yes.  They rent land from -- well, they

22   rent land from a corporation that I own.

23     Q     Did you meet with Justin and Jared in

24   person to let them know that they would no longer be

25   needed as employees of Ken Corbett Farms?

1      A     I'm sure it's in person.  I see them

2   daily.  They're my kids.

3      Q     And you don't recall what you said to them

4   when you told them that they would no longer be

5   needed as employees of Ken Corbett Farms?

6      A     No.

7      Q     Do you recall what their reactions were,

8   if any?

9      A     No.  I'm sure they would have been proud

10  of their father for being able to retire.

11     Q     Well, are you still working?

12     A     I'm sorry?

13     Q     Are you still working or are you retired?

14     A     I will work till the day I die.  But it's

15  because I want to, not because I have to.

16     Q     So what does that have to do with your

17  kids being proud that you can retire?

18     A     They're proud that I don't have to work as

19  hard as I used to.

20     Q     So are you choosing to cut back?

21     A     Yes.

22     Q     When did you make a decision to cut back?

23     A     God, I don't know.  It's been a goal ever

24  since I started having to work.

25     Q     I'm sorry, can you repeat that?

Page 12

```
 1      A    It's been my goal ever since I started to
 2   work.
 3      Q    I understand that, but I'm trying to
 4   understand when you cut back.
 5      A    2019.
 6      Q    And why?  What was the decision?
 7      A    I've worked enough.  I'm tired.
 8      Q    Why not have one of your kids run the
 9   company so that you can actually retire?
10      A    I'm actually retired.  I'm doing exactly
11   what I want to do.
12      Q    Well, if you're retired, you're not
13   working, correct?
14      A    I'm sorry?
15      Q    If you're retired, then you're not
16   working, correct?
17      A    No.  That depends on your definition of
18   retirement.
19      Q    So your definition of --
20      A    My daddy retired and worked until he was
21   77.
22      Q    So your definition of retirement means
23   that you continue to work?
24      A    It means doing what I want to do.
25      Q    Are you doing the same thing now that you
```

1   were doing in 2018?

2       A    Some of it, but everything on a much

3   smaller scale.

4       Q    You're still working, though, right?

5       A    I'm still working whenever I want to work.

6       Q    How do you serve your clients if you're

7   just kind of working whenever?

8       A    I'm sorry, repeat that.

9           MS. WASHINGTON:  Object to form.

10  BY MR. STORCH:

11      Q    How does Ken Corbett Farms serve its

12  clients if you're just kind of working whenever you

13  want?

14          MS. WASHINGTON:  Object to form.

15          You can answer it, though.

16          MR. VOYLES:  Did you hear what he said?

17          THE WITNESS:  How do -- say that one more

18      time.

19          MR. STORCH:  Court Reporter, could you

20      read back the question, please.

21          (Whereupon, the requested portion was read

22      back.)

23          THE COURT REPORTER:  It was very difficult

24      to hear your question.

25  BY MR. STORCH:

Page 14

1      Q    How does Ken Corbett Farms serve its

2  clients if you work whenever you want?

3           MS. WASHINGTON:  Object to form.

4           THE WITNESS:  I just serve them whenever I

5      want.

6  BY MR. STORCH:

7      Q    Does Ken Corbett Farms have -- strike

8  that.

9           Do you know how many clients Ken Corbett

10 Farms currently has?

11     A    No, I have no idea.  I would guess maybe

12 four or five.

13     Q    Do you have any salesmen working?

14     A    No.

15     Q    When you did have salesmen that were

16 working, do you know how many clients Ken Corbett

17 Farms had?

18     A    Not exactly.

19     Q    What about approximate?

20     A    I would guess a couple hundred, maybe.

21     Q    How does Ken Corbett Farms make a profit

22 with only about four or five clients?

23           MS. WASHINGTON:  Object to the form.

24      You're misstating his testimony.

25 BY MR. STORCH:

Page 15

```
 1      Q    Well, let me ask you this question.  Are
 2  you in business to lose money?
 3      A    No.
 4      Q    Does Ken Corbett Farms make a profit with
 5  only four or five clients?
 6           MS. WASHINGTON:  Object to form.  You're
 7      misstating his testimony.
 8           MR. STORCH:  I'm not misstating anything.
 9      I'm asking if there's a profit from four or
10      five clients.
11           MS. WASHINGTON:  He never said he had four
12      or five clients.
13           MR. STORCH:  He most certainly said he
14      believes that there's about four or five.
15           MS. WASHINGTON:  Okay.
16           THE WITNESS:  I don't know that I -- I
17      feel like I could make money with one client.
18      I don't know that you have to have one or
19      10,000.  I just need someone to buy my product.
20  BY MR. STORCH:
21      Q    Are you -- is Ken Corbett Farms selling
22  more or less product now than it did in 2019?
23      A    Less.
24      Q    Is Ken Corbett Farms going to sell more or
25  less product now than it did in 2018?
```

1          A     Less.

2          Q     Is Ken Corbett Farms selling more or less

3     product now than it did in 2017?

4          A     Less.

5          Q     What about 2016?

6          A     What about 2016?

7          Q     Is Ken Corbett selling more or less

8     product now than it did in 2016?

9          A     Less.

10         Q     Okay.  Other than the year that Ken

11    Corbett Farms came into existence, did Ken Corbett

12    Farms sell more or less in 2020 than it did

13    previously?

14              MS. WASHINGTON:  Object to form.

15              If you understand it --

16              THE WITNESS:  I don't understand it.  You

17         may have to write that one down.  I'm having

18         trouble following that.

19    BY MR. STORCH:

20         Q     Has Ken Corbett Farms ever sold less than

21    it is expected to sell in 2020?

22         A     Probably not.  I don't know.  I would hope

23    to sell more, but probably not.

24         Q     Are you familiar with Jeff Stepanovich?

25         A     Yes.

1     Q    How do you know Mr. Stepanovich?

2     A    He was employed by Ken Corbett Farms for a

3  period of time.

4     Q    Do you recall when he started?

5     A    Maybe 2011.

6     Q    Did you hire him?

7     A    Yes.

8     Q    Did Mr. Stepanovich have any cancer at the

9  time you hired him?

10     A    I don't know.

11     Q    Did Mr. Stepanovich have cancer when you

12  fired him?

13     A    So he says.

14     Q    So you knew that Mr. Stepanovich had

15  cancer when you fired him?

16     A    No.

17     Q    I'm sorry, I don't understand what you

18  mean "so he says."  What does that mean?

19     A    It means he said he had cancer when I

20  fired him.

21     Q    And your testimony is you didn't know

22  that?

23          MS. WASHINGTON:  Object to form.

24  BY MR. STORCH:

25     Q    You can answer.

1      A    No.  My testimony at the time I fired him,

2    no, I did not.

3      Q    Tell me, when did you first find out about

4    Mr. Stepanovich's cancer?

5           MS. WASHINGTON:  Object to form.

6           But you can answer.

7           MR. STORCH:  What's wrong with that

8        question?  I'm asking him when he found out

9        about something.

10          THE WITNESS:  I will --

11          MS. WASHINGTON:  I'm, sorry, let me

12       respond.

13          THE WITNESS:  Okay.

14          MS. WASHINGTON:  The problem with the

15       question is that it -- he stated that he -- his

16       response to your question about him knowing

17       Mr. Stepanovich had cancer was "so he says."

18       So now you're misstating -- mischaracterizing

19       his testimony.

20          MR. STORCH:  I'm not.  He can say I found

21       out when there was a lawsuit.

22          MS. WASHINGTON:  Could you rephrase the

23       question?

24          MR. STORCH:  There's no reason to, because

25       he knows now that -- as we sit here today, he

Page 19

1     knows, based on his testimony, that

2     Mr. Stepanovich had cancer.  So my question is

3     when did he find out.

4          MS. WASHINGTON:  But his answer was "so he

5     says."

6          MR. STORCH:  Understood.  That still

7     doesn't change anything about the question.

8   BY MR. STORCH:

9     Q    As we sit here today, sir, are you aware

10  that Mr. Stepanovich had cancer?

11    A    So he stated.

12    Q    Okay.  So you're at least aware that

13  Mr. Stepanovich said that he had cancer, correct?

14    A    Yes.

15    Q    When did you find that out?

16    A    After he -- well, I actually remembered it

17  or got it brought to my attention after he filed

18  suit with the EEOC.  Whenever I got that suit, I

19  said -- you know, talking to my wife, I said I

20  didn't know that.  And she says, yes, remember, I

21  told you when -- after we came back from some

22  produce show.  And she was adamant she had told me.

23  So evidently she did, but I had forgotten it.

24          MS. WASHINGTON:  And I'm going to -- and,

25      Noah, sorry to interrupt, but I'm just going to

Page 20

1          object insofar as there's attorney-client
2          privilege or any attorney work product
3          mentioned here and instruct Mr. Corbett not to
4          disclose any of those details.  But besides
5          that, he can answer.
6               MR. STORCH:  Of course.
7     BY MR. STORCH:
8          Q    And let me be clear, I'm never going to
9     want to know, sir, anything that you've spoken about
10    with your lawyer or anything you put in writing to
11    your lawyer.  I'm never going to ask about that,
12    okay?
13              So no matter what questions I'm asking,
14    I'm never asking for any information that you've
15    discussed with your lawyer.
16              MR. STORCH:  Fair enough, Destiny?
17              MS. WASHINGTON:  Yes.  That's fine.
18    BY MR. STORCH:
19         Q    Okay.  So this trade show -- I think you
20    called it a trade show; am I wrong?
21         A    Yes, I said trade show.
22         Q    Okay.  So this trade show that you went
23    to, was that with Mr. Stepanovich?
24         A    No, it was not with him.
25         Q    Was your wife with you?

Page 21

```
 1        A    Yes.
 2        Q    And you said her name was Kimberly
 3   Corbett?
 4        A    Yes.
 5        Q    When was the trade show?
 6        A    I don't know.  It was sometime in the
 7   spring, early spring of 2017.
 8        Q    Do you recall what month?  I don't need an
 9   exact date, but do you recall a month?
10        A    It would be February or March.  That show
11   typically takes place February or March.
12        Q    Where was that show?
13        A    I can't remember if it was in Orlando or
14   Tampa.
15        Q    Do you know the name of that show?
16        A    Southeast Produce Council.
17        Q    And who from Ken Corbett Farms attended
18   the Southeast Produce Council in February or March
19   of 2017?
20        A    Myself, my wife, and probably all three
21   salesmen, if I was guessing.
22        Q    Who were the three salesmen at the time?
23        A    That would have been Jeff, Eric, and Jed.
24        Q    Jed, Eric, and Jeff?
25        A    Yes.
```

1      Q    And just to be clear, Jeff, you're

2  referring to my client, Mr. Stepanovich?

3      A    Yes.

4      Q    Is that a one-day trade show or is it

5  multiple days?

6      A    Multiple days.

7      Q    And did you stay in a hotel in either

8  Orlando or Tampa?

9      A    Yes.

10     Q    Do you recall which hotel?

11     A    No.

12     Q    When the EEOC documents came in and you

13  saw them, you said you had a conversation with your

14  wife about Mr. Stepanovich having cancer; is that

15  correct?

16     A    Yes.  She was aware.

17     Q    And your testimony was that your wife told

18  you at that time -- or strike that.

19          Your testimony is your wife was adamant

20  that she had told you before that, that

21  Mr. Stepanovich had cancer, correct?

22          MS. WASHINGTON:  Object to form.

23          You can answer.

24          THE WITNESS:  She had told me that she had

25       previously made me aware.

Page 23

1   BY MR. STORCH:

2       Q    And did you have any discussions with her

3   about when she made you aware?

4       A    She had told me after the show.

5       Q    How long after the show did your wife tell

6   you that she informed you of Mr. Stepanovich's

7   cancer?

8       A    She didn't say.

9       Q    But it was before Mr. Stepanovich was

10  terminated?

11      A    Yes.

12      Q    Was Mr. Stepanovich ever disciplined

13  during his employment with Ken Corbett Farms?

14           MS. WASHINGTON:  Object to form.

15           You can answer.

16           THE WITNESS:  Not disciplined per se.

17  BY MR. STORCH:

18      Q    Well, when you say "per se," it makes me

19  think that there was some type of either discipline

20  or counseling.  So can you tell me what, if any,

21  discipline or counseling Mr. Stepanovich had at any

22  time during his employment with Ken Corbett Farms?

23           MS. WASHINGTON:  Object to form.

24           Go ahead, you can answer.

25           THE WITNESS:  I'm certain that during the

```
 1        period he worked for me that I told all the
 2        salesmen several times that we need to find
 3        more higher paying customers.
 4   BY MR. STORCH:
 5        Q    So it wasn't something that was directed
 6   to Mr. Stepanovich himself, it was something that
 7   you would have directed to all the salespeople; is
 8   that correct?
 9             MS. WASHINGTON:  Object to form.
10             Go ahead.
11             THE WITNESS:  I'm certain I spoke to all
12        of them collectively and individually.
13   BY MR. STORCH:
14        Q    Can you tell me any particular time or
15   date that you spoke with Mr. Stepanovich about his
16   job performance?
17             MS. WASHINGTON:  Object to form.
18             THE WITNESS:  Not a specific time, but
19        they will -- it was a -- several comments were
20        made with the salesmen that I would come in
21        there fussing about prices.
22   BY MR. STORCH:
23        Q    And, again, was this something that was
24   directed to all of the salesmen or something that
25   was directed to Mr. Stepanovich individually?
```

Page 25

```
 1        A    It depends on if I was talking to the
 2   crowd or talking to the individual.
 3        Q    Understood.
 4             Now, are there any documents that would
 5   confirm that Mr. Stepanovich was disciplined or
 6   counseled during his employment?
 7             MS. WASHINGTON:  Object to form.
 8             Go ahead.
 9             THE WITNESS:  No.
10   BY MR. STORCH:
11        Q    Are there any documents that would show
12   that Mr. Stepanovich was not producing for Ken
13   Corbett Farms?
14             MS. WASHINGTON:  Object to form.
15             THE WITNESS:  There would be records in
16        our accounting software or our inventory
17        software, sales software, however you want to
18        put it.
19   BY MR. STORCH:
20        Q    What records would that be?
21        A    In Famous you can do several different
22   reports that show customers, sales, salesmen.
23        Q    And, I'm sorry, you said the name of that
24   program was what?
25        A    Famous.
```

Page 26

1          Q    Can you spell that?

2          A    F-a-m-o-u-s, I guess.

3          Q    During his employment, did you have any

4     sitdown conversations with Mr. Stepanovich about his

5     production?

6               MS. WASHINGTON:  Object to form.

7               You can answer.

8               THE WITNESS:  I'm certain over the length

9          of his employment there were times, yes.

10              MR. STORCH:  Destiny, what's wrong with

11         that question of asking him if he ever sat down

12         with Mr. Stepanovich to discuss production?

13              MS. WASHINGTON:  Just because the

14         production is vague, the term "production" is

15         vague.

16              MR. STORCH:  Because that's the term that

17         he -- Mr. Corbett uses in his documents.

18    BY MR. STORCH:

19         Q    Mr. Corbett, did you understand what I

20    meant when I asked you that question and used the

21    word "production"?

22         A    I assume you -- I was assuming you meant

23    his ability to sell and turn a profit for the farm.

24         Q    Sure.

25              And is that what you meant when you

Page 27

```
 1    drafted documents that were sent back to the Equal

 2    Employment Opportunity Commission?

 3                MS. WASHINGTON:  Object to form.  There

 4          hasn't been any discussion of those documents

 5          so far.  So if a foundation was laid, he could

 6          answer that.

 7                MR. STORCH:  Well, actually, Stephanie,

 8          your objections are limited only to form.

 9          There's no foundation objection during a

10          deposition.  That's an evidentiary issue.  But

11          I don't need to show him a document.  He can

12          tell me if he didn't draft it, that's fine.

13                I'll have him do it this way, if you want,

14          but it will just make it longer.

15    BY MR. STORCH:

16          Q    Mr. Corbett, do you recall drafting a

17    document and sending it into the United States Equal

18    Employment Opportunity Commission with regard to the

19    charge of discrimination filed by Mr. Stepanovich?

20          A    Yes.

21          Q    And in that document, do you recall using

22    the word "production" with regard Mr. Stepanovich

23    doing his job?

24          A    I would need to look at that note.

25    Pulling one word out of context, I can't remember.
```

Page 28

1      Q     Sure.  Let me ask you this way.

2      A     I would need to know how it was phrased.

3      Q     "Mr. Stepanovich's employment was

4   dependent upon need, production, and commitment to

5   the operations of Ken Corbett Farms LLC, as are all

6   salesmen employed by the company."

7            Would that statement be true or false?

8            MS. WASHINGTON:  Noah, do you -- I have

9        that document here.  Do you want me to have him

10       look at it?

11           MR. STORCH:  Well, I'll have him look at

12       it soon.

13           MS. WASHINGTON:  Okay.

14           MR. STORCH:  I'm just asking him if that's

15       a true statement or if it's false.

16           MS. WASHINGTON:  I'm sorry, can you repeat

17       that?

18           MR. STORCH:  Sure.

19           MS. WASHINGTON:  Thank you.

20   BY MR. STORCH:

21       Q    "Mr. Stepanovich's employment was

22   dependent upon need, production, and commitment to

23   the operations of Ken Corbett Farms, LLC, as are all

24   salesmen employed by the company."

25            Is that true or false?

Page 29

1      A     If we don't need them, we don't need them.

2   If they don't produce, we don't need them.  And if

3   they're not committed, we don't need them.

4      Q     What did you mean by the word "production"

5   in that sentence?

6      A     The ability to help grow the company and

7   make money for the company.

8      Q     Let me ask you this question.  Why was

9   Mr. Stepanovich terminated?

10      A     Because I was trying to cut costs for the

11   company, trying to turn the company around that had

12   been losing money for two years.

13      Q     Any other reason?

14      A     No.  I just felt that he was -- well, he

15   was our lowest producer and I just didn't feel like

16   he had the commitment to growing the company and

17   moving forward that the other two salesmen did.

18      Q     Those two other salesmen, meaning Jed and

19   Eric, correct?

20      A     Correct.

21      Q     Neither one of those two individuals had

22   cancer, correct?

23      A     Not that I'm aware of.

24      Q     So you've never been made aware and don't

25   have any knowledge about Eric or Jed ever having

Page 30

1    cancer?

2             MS. WASHINGTON:  Object to form.

3    BY MR. STORCH:

4        Q    Is that correct?

5        A    No.

6        Q    So I'm not correct?

7        A    Restate your question.

8        Q    Do you have any knowledge about Eric or

9    Jed ever being diagnosed with cancer?

10            MS. WASHINGTON:  Object to form.

11            THE WITNESS:  No.

12   BY MR. STORCH:

13       Q    In 2014 did Ken Corbett Farms sustain

14   financial hardships?

15       A    I'm sorry, what year?

16       Q    2014.

17       A    I would have to look back.

18       Q    Well, to your knowledge, did Ken Corbett

19   Farms have any financial hardships in 2014?

20       A    I don't know without looking back.

21       Q    What about 2013?

22       A    Again, I don't know without looking back

23   at records.

24       Q    What about 2012?

25       A    Again, I don't know without looking back

Page 31

1    at records.

2         Q    And what about 2011?

3         A    The same.

4         Q    What about 2015?

5         A    I'm aware of 2015 and '16 based on this

6    case.

7         Q    Expand on that.  What do you mean by

8    "based on this case"?

9         A    Because the records from those years are

10   fresh on my mind because that's what we've been

11   going over and over on this case, arguing back and

12   to with EEOC and you.

13        Q    Well, did you look back to 2014 or any of

14   the prior years to see if there was any financial

15   hardship?

16        A    As far as the end result for the farm, no.

17        Q    So you only looked back as far as 2015?

18             MS. WASHINGTON:  Object to form.

19             THE WITNESS:  I just know that I lost

20        money in 2015 and '16, large amounts.

21   BY MR. STORCH:

22        Q    But did you look back further than 2015 to

23   see if you or the farm lost money?

24             MS. WASHINGTON:  Object to form.

25             THE WITNESS:  Again, I would have to look

1        back at records, but I did look back at sales

2        histories.

3    BY MR. STORCH:

4        Q    I guess I'm not sure that we're connecting

5    because I'm not asking you if in fact in 2014 Ken

6    Corbett Farms suffered financial hardship.  What I'm

7    asking is if you look to see if in 2014 Ken Corbett

8    Farms suffered hardship?

9              MS. WASHINGTON:  Object to form.

10             THE WITNESS:  I don't know if I did or

11        not.  I didn't look back to 2004 either.  I

12        don't know.  I would have to guess.

13   BY MR. STORCH:

14       Q    So we know, though, that you looked at

15   least to 2015 and '16, correct?

16       A    Yes, I know that I lost money in 2015 and

17   '16.

18       Q    So in 2015 when you lost money, when did

19   you first become aware of that?

20       A    I don't know.  It varies.  I mean, when

21   you get to the end of the season and do all your

22   recaps.

23       Q    So when you realized or discovered that

24   you had lost money in 2015, did you make any changes

25   to the company?

1     A   I don't know if I did or not.  I didn't

2   make any personnel changes within the sales

3   structure.

4     Q   When you discovered you lost money in

5   2015, did you review all of the salespeople's

6   numbers?

7         MS. WASHINGTON:  Object to form.

8         THE WITNESS:  I review sales numbers

9      periodically throughout every year.

10  BY MR. STORCH:

11     Q   I understand.

12         My question is very specific.  When you

13  found out that you lost money, or the company lost

14  money in 2015, did you review your salespeople's

15  production numbers?

16     A   I'm sure I had probably reviewed them

17  prior to that and after that.

18     Q   Do you have any specific recollection of a

19  review of the salespeople's production numbers in

20  2015 or '16 when you discovered that the company had

21  lost money?

22         MS. WASHINGTON:  Object to form.

23         THE WITNESS:  Repeat the question.

24         MR. STORCH:  Can you repeat that, Court

25      Reporter?

1          THE COURT REPORTER:  Yes, sir.

2          (Whereupon, the requested portion was read

3     back.)

4          THE WITNESS:  I can't give you specific

5     dates.  But, again, I review them continuously

6     and periodically throughout the year.

7  BY MR. STORCH:

8     Q    Did you specifically review any salesman's

9  average selling price in 2015 or '16?

10          MS. WASHINGTON:  Object to form.

11          THE WITNESS:  Again, I do that

12     periodically and randomly throughout the year.

13  BY MR. STORCH:

14     Q    Did you ever discover that Mr. Corbett --

15  strike that.

16          Did you ever discover that Mr. Stepanovich

17  had alleged average selling prices that were lower

18  than the other salespeople?

19     A    That seemed to be consistent.

20     Q    When is the first time that you became

21  aware of that?

22     A    I can't give a specific day.

23     Q    What about the year, can you tell me the

24  year?

25     A    No.

Page 35

1     Q    I mean, did you even really look at that

2  in 2017 before Mr. Corbett -- Mr. Stepanovich was

3  terminated, or did you look into that after you got

4  the EEOC filing?

5           MS. WASHINGTON:  Object to form.

6           THE WITNESS:  No.  Again, I look at that

7      periodically ever since we had the Famous

8      software and been selling our stuff.

9  BY MR. STORCH:

10    Q    Well, can you tell me any specific

11  discussion that you had with Mr. Stepanovich

12  addressing the fact that his average sales price was

13  less than any other salesman?

14    A    I can't give you a specific date, but all

15  the salesmen are aware of how to run reports in

16  Famous and can see for theirselves where they stand

17  in relation to other salesmen.

18    Q    Understood.  But that's not my question.

19         My question is can you identify for me any

20  single conversation that you had with

21  Mr. Stepanovich with regard to his average selling

22  price during his employment?

23    A    Again, a specific time, no.  But over the

24  period that he worked for me, I'm certain.

25    Q    So you're certain that you spoke to

Page 36

1    Mr. Stepanovich about this but you have no idea when

2    you spoke to him or how many times you spoke to him,

3    correct?

4        A    It would have been random just based on

5    whenever I came in and looked at reports.

6        Q    Understood.

7             But my question to you is your testimony

8    is that you spoke to Mr. Stepanovich about the fact

9    that his average selling price was lower than other

10   salesmen but that you have no idea when or how many

11   times you did speak to him about it, correct?

12       A    I'm certain sometime during the employment

13   Jeff himself supplied a document that he ran off

14   Famous that showed he was less, so he was well aware

15   of it.

16       Q    Understood.

17            But, again, my question to you is very

18   simple.  Are you able to tell me any specific date

19   or time that you spoke with Mr. Stepanovich about

20   his average selling price?

21       A    No, I do not keep a diary.

22       Q    Okay.  Are you able to tell me how many

23   times you spoke with Mr. Stepanovich about his

24   average selling price?

25       A    No.

1      Q    Can you tell me any specific time that you
2  spoke to Mr. Stepanovich about the growth of his
3  business during his employment?
4      A    No.
5      Q    Are you able to tell me any specific time
6  that you spoke with Mr. Stepanovich about the fact
7  that you believed he remained complacent in his job
8  performance?
9      A    No.
10     Q    Are you able to tell me any specific time
11 that you spoke with Mr. Stepanovich about the fact
12 that he was allegedly not making sufficient efforts
13 to increase his business?
14     A    I'm sorry, repeat the question.  You were
15 kind of running on there.
16     Q    Can you tell me any specific time that you
17 spoke with Mr. Stepanovich about the fact that he
18 did not make sufficient efforts to increase his
19 business?
20     A    Specific time, no.
21     Q    In 2015 after you discovered that you had
22 had a bad year or that you suffered financial
23 hardship, you testified you didn't make any
24 personnel changes, correct?
25     A    What year?

Page 38

```
 1        Q     2015.
 2        A     Not in the sales office.
 3        Q     Well, did you make any other personnel
 4   changes?
 5        A     I'm not sure.
 6        Q     When did you first become aware that in
 7   2016 Ken Corbett Farms suffered a loss financially?
 8        A     I'm certain it would have been after all
 9   collections were made and we were doing our recaps.
10        Q     And generally when is that?
11        A     That would be the next year.
12        Q     In January or February or August?
13              MS. WASHINGTON:  Object to form.
14              THE WITNESS:  The first part of the year.
15   BY MR. STORCH:
16        Q     Was anyone let go in 2015 as a result of
17   the financial hardship of Ken Corbett Farms?
18        A     I don't recall.
19        Q     Was anyone let go after you found out that
20   Ken Corbett Farms suffered financial loss in 2016?
21        A     Yes.  Jeff was in 2017.
22        Q     Anyone else?
23        A     I don't recall.  I haven't been sued by
24   them.
25        Q     I'm sorry, what was that?
```

1      A    I don't recall.  No one else has filed

2    suit against me.

3      Q    Well, I guess my question is did anyone --

4    do you know if you let anyone else go?

5      A    I don't recall.

6      Q    When Mr. Stepanovich was terminated, did

7    you tell him in person or on the phone?

8      A    On the phone.

9      Q    What did you say to him?

10     A    I don't recall the exact conversation.

11     Q    Well, do you recall generally what you

12   told him?

13     A    Yes.  I'm certain that it was to do with

14   the company losing money and I've got to do

15   something to try to turn it around.

16     Q    Why are you so certain of that?

17     A    Because that's the only reason I made the

18   change.

19     Q    Well, does that mean that you actually

20   told him that?

21     A    I would say that I did.  I don't know the

22   exact conversation, but I wouldn't have terminated

23   him without telling him the reason.

24     Q    Did Ken Corbett Farms hire a salesperson

25   after Mr. Stepanovich was terminated?

Page 40

1      A     I think it was in November but in a

2    different capacity.

3      Q     Explain what you mean by that.

4      A     The salesperson that we hired then, we

5    hired him strictly for a brokerage business that he

6    had.

7      Q     I'm sorry, if you don't mind, just explain

8    a little bit for -- for someone who's not in the

9    business, if you could explain what you mean by

10   that.

11     A     We hired this guy and he had his own -- or

12   he worked for another company buying produce,

13   marking it up and reselling it.  And he had a

14   customer that he worked for doing that, or a

15   customer doing that.  And we were able to hire him

16   to come on up with us, bring his customer and do the

17   same thing.

18     Q     How would this have helped the company

19   financially, if at all?

20     A     Buy low, sell high.

21     Q     I'm sorry, what was that?

22     A     Buy low, sell high.

23     Q     Who was this person that was hired?

24     A     Terry Wright.

25     Q     Is he still employed?

1     A    Yes.

2     Q    To your knowledge, does he have cancer?

3     A    You know, I'm not sure.  He's had several

4  ailments.

5     Q    Understood.

6         When you hired him, did you know that he

7  was currently suffering from any cancer or

8  disability?

9     A    Not that I can recall.

10    Q    Instead of terminating Mr. Stepanovich,

11  why didn't you speak to him and talk to him about

12  these issues that you're saying he was terminated

13  for?

14    A    Repeat the question.

15    Q    Instead of terminating Mr. Stepanovich,

16  why didn't you speak to him about the issues that

17  you claim he was terminated for and talk to him

18  about improving his performance?  Why not give him

19  that opportunity?

20        MS. WASHINGTON:  Object to form.

21        THE WITNESS:  I spoke to him about how to

22      turn the company around.  I spoke to all three

23      of them, just running the idea by them, what if

24      we cut their salary and hired another salesman.

25      I did discuss with them ways that we could make

1          this thing work and hopefully turn it around.

2     BY MR. STORCH:

3          Q     But ultimately you decided not to hire

4     another salesman, correct?

5          A     I'm sorry, repeat that.

6          Q     I said ultimately you decided that you

7     were not going to hire another salesman, though,

8     correct?

9          A     Ultimately as in forever?

10         Q     Well, ultimately Mr. Stepanovich was

11    terminated, correct?

12         A     Yes.

13         Q     So the discussion with the salesmen about

14    hiring another salesman, meaning a fourth salesman,

15    never actually happened; isn't that correct?

16              MS. WASHINGTON:  Object to form.

17              THE WITNESS:  I'm not following you.

18         You're going to have to say that again.

19              MS. WASHINGTON:  And, Noah, we should take

20         -- Mr. Corbett wants to take a break, but you

21         can -- if you want to finish this question, we

22         can.  But can we take a break after that?

23              MR. STORCH:  Yes.  Why don't we do this.

24    BY MR. STORCH:

25         Q     Is there anything so far about your

Page 43

```
 1   testimony you would like to change?
 2       A    No.
 3       Q    Okay.
 4            MR. STORCH:  Let's take a break.  How long
 5       do you need?
 6            MS. WASHINGTON:  Five minutes.
 7            MR. STORCH:  Okay.
 8            (Whereupon, a recess was taken.)
 9   BY MR. STORCH:
10       Q    How long was the conversation that you had
11   with Mr. Stepanovich when you informed him of his
12   termination?
13       A    I don't recall.
14       Q    Was anyone with you when you made the
15   telephone call to inform Mr. Stepanovich that he was
16   being terminated?
17       A    Not that I'm aware of.
18       Q    Have you discussed the termination of
19   Mr. Stepanovich with anybody other than your
20   lawyers, of course, which I don't want to know
21   anything about?
22       A    I'm sorry, say that again.
23       Q    Have you discussed the termination of
24   Mr. Stepanovich with anyone?  I do not want to know
25   about any conversations that you've had with your
```

Page 44

1  lawyers?

2       A     Everyone that works with us knows he's

3  been terminated.

4       Q     I understand that.

5             But my question to you is not if everyone

6  knows.  My question is have you had any discussions

7  with anyone about the termination of

8  Mr. Stepanovich?  And, again, I don't want to know

9  anything that you've spoken about with your lawyers.

10      A     I'm trying to follow the question.  Can

11 you rephrase or clarify what you're wanting to know?

12      Q     I'm not sure that I can clarify it anymore

13 than I have.

14            Have you ever spoken with anyone about the

15 termination of Mr. Stepanovich?

16      A     I'm sure I did.

17      Q     Okay.  Other than your lawyers, who?

18      A     Probably all the salesmen that I had at

19 the time, and my son, sons and wife.  And I know

20 that I had a lengthy conversation with Eric, since

21 he's our sales manager, prior to firing Jeff.

22            I say he was our sales manager, he is the

23 one I confided in most in the sales office.  But we

24 had discussions in years past about terminating

25 Jeff.

Page 45

1      Q    So in multiple years prior to 2017 when

2  Mr. Stepanovich was terminated, you had discussions

3  with Eric about terminating Mr. Stepanovich?

4      A    Yes.

5      Q    But ultimately Mr. Stepanovich was not

6  terminated until April of 2017, correct?

7      A    Correct.

8      Q    Tell me, how many times did you speak with

9  Eric about the termination of Mr. Stepanovich in

10 years prior, as you testified?

11          MS. WASHINGTON:  Object to form.

12          THE WITNESS:  I'm not sure.

13 BY MR. STORCH:

14     Q    Was it once a year or more than that?

15     A    I don't know that, but I do know that in

16 one conversation that we had, Eric made the comment

17 that it's time you quit talking about it and do it.

18 And I don't know how far that was ahead of me

19 actually firing him.

20     Q    To your knowledge, did Eric know about

21 Mr. Stepanovich's cancer?

22     A    I don't know.

23     Q    Did you ever have any discussions with

24 Eric about Mr. Stepanovich's cancer?

25     A    Not until after I was served by the EEOC.

1    And I assume Eric did have knowledge because Jeff

2    said that he had told him.

3        Q    Did Eric have the authority to hire and

4    fire?

5        A    No.

6        Q    So you made the decision to terminate

7    Mr. Stepanovich?

8        A    Yes.

9        Q    Did anyone else contribute to that

10   decision?

11       A    Other than just dinner table or

12   stand-around discussions with my sons or either

13   Eric.

14       Q    Well, what did Justin and Jared say about

15   terminating Mr. Stepanovich?

16       A    I don't know.  I can't recall.  Eric is

17   the only one that I recall our conversation.

18       Q    And what exactly was that conversation?

19       A    Well, it's just I remember something along

20   the lines of you need to quit talking -- because I

21   had discussed it with him so many times -- you need

22   to quit talking about it and go ahead and do it if

23   you're going to do it.

24       Q    And do you recall when in 2017 that was?

25            MS. WASHINGTON:  Object to form.

```
 1            THE WITNESS:  I don't recall that being in
 2       2017.  I don't recall exactly when that
 3       conversation was.
 4  BY MR. STORCH:
 5       Q    So you don't know if it was in 2017, 2016,
 6  or maybe even 2015?
 7       A    Correct.
 8       Q    When did Eric first start working for Ken
 9  Corbett Farms?
10       A    I think it was 2011.
11       Q    Do you recall any conversation that you
12  had with your wife about the termination of
13  Mr. Stepanovich?
14       A    No.
15       Q    When you informed Mr. Stepanovich that he
16  was being terminated, can you tell me what his
17  reaction was?
18       A    I don't recall.  I think it was just okay,
19  but I'm not sure.  I don't recall a confrontation
20  about it.
21       Q    Now, despite the fact that Mr. Stepanovich
22  had cancer, do you believe that he could have
23  performed his job as a salesman for Ken Corbett
24  Farms?
25            MS. WASHINGTON:  Object to form.
```

Page 48

1   BY MR. STORCH:

2        Q    You can answer.

3        A    Repeat that question again.

4        Q    Despite the fact that Mr. Stepanovich had

5   cancer, would -- strike that.

6             Would the fact that Mr. Stepanovich had

7   cancer prevent him from performing the job duties as

8   a salesman?

9        A    Not that I'm aware of.

10       Q    Do you have any other knowledge or

11  information about the allegations in this lawsuit

12  that you have not discussed today?

13       A    Repeat the question, please.

14       Q    Do you have any other knowledge or

15  information about Mr. Stepanovich's lawsuit that you

16  have not discussed today during this deposition?

17            MS. WASHINGTON:  Object to form.

18            THE WITNESS:  Not that I'm aware of.

19  BY MR. STORCH:

20       Q    Could I ask why you made the decision to

21  not hire a fourth salesperson and instead switched

22  up the plan to fire Mr. Stepanovich?

23            MS. WASHINGTON:  Object to form.

24            THE WITNESS:  I'm sorry, say that again.

25  BY MR. STORCH:

Page 49

1      Q    Why did you decide not to hire a fourth

2   salesman and instead decide to terminate

3   Mr. Stepanovich?

4           MS. WASHINGTON:   Object to form.

5           But go ahead.

6           THE WITNESS:   I didn't feel like he had

7        the commitment to turn the company around and

8        move it forward.  I felt like he showed me that

9        in his email.

10  BY MR. STORCH:

11     Q    So the email that he sent you, you felt

12  like it was best to, at that point, cut the cord and

13  terminate him?

14     A    Well, I had all kind of options in there.

15  I hadn't made my mind up completely anything to do.

16  I just knew I needed to turn the company around and

17  get it profitable, whether it means increasing

18  profits some way or decreasing expense some way.

19     Q    Do you recall when you actually made the

20  decision to terminate Mr. Stepanovich?

21     A    No.

22     Q    Was it the day that you called him in

23  April of 2017?

24     A    I don't know.  It would have been that day

25  or a day or so prior.

1      Q    Is there anything about your deposition

2   testimony that you would like to change?

3      A    No.

4      Q    I have no further questions.

5           MS. WASHINGTON:  I have some questions,

6      Noah.  Can you hear me?

7           MR. STORCH:  Yeah.

8                    EXAMINATION

9   BY MS. WASHINGTON:

10     Q    Okay.  Mr. Corbett, I have some questions

11  for you.

12          You testified earlier that you had

13  conversations with Mr. Stepanovich about him being

14  complacent in his performance?

15     A    I don't know that I would have used the

16  word "complacent," but I'm certain that I had a

17  conversation that we needed -- he needed to pick up

18  his game.

19     Q    But you just --

20     A    And get better and higher paying

21  customers.

22     Q    But you just don't recall how many times

23  you had that conversation?

24     A    No, I don't.

25     Q    Or the dates you had those conversations?

Page 51

1        A    No, I don't.

2        Q    Okay.  Did you ever have any conversations

3    with Mr. Stepanovich about his price per package

4    being lower than the other salesmen?

5        A    I'm sure that I did over the course of his

6    employment.

7        Q    But you don't remember the dates?

8        A    I can't give you an exact date.

9        Q    And can you explain the brokerage, how

10   brokerage business -- well, let me withdraw that

11   question.

12            Does this brokerage business that your

13   salesmen engage in, is it profitable for Ken Corbett

14   Farms?

15       A    Yes, it's profitable for Ken Corbett Farms

16   and the salesmen.  If the salesmen are willing to do

17   it, they can make a lot of money just brokering.

18       Q    And this salesman that you hired in

19   November of 2017, what was his name?

20       A    Terry Wright.

21       Q    Okay.  So he strictly sold products by a

22   brokerage arrangement?

23       A    Yes.

24       Q    Okay.  And was he compensated the same way

25   that Mr. Stepanovich was compensated?

1      A      Yes.  As far as brokerage goes, the same

2   arrangement is with all salesmen on their brokerage.

3      Q      Okay.  But was the overall compensation of

4   Terry the same as Mr. Stepanovich, the compensation

5   arrangement outside of brokerage?  Let me withdraw

6   that question.

7              Terry had no -- only did brokerage sales,

8   right?

9      A      That's right.  I don't recall him ever

10  doing any direct farm sales.

11     Q      Okay.  So he would not -- he did not share

12  in the commission that the -- Terry did not share in

13  the commission that Eric and Jed shared in?

14     A      No.

15     Q      Okay.  And one other thing I wanted to --

16  two other things I wanted to discuss.  One, can you

17  discuss -- or tell us about the process by which the

18  salesmen were paid and how that relates to

19  collection on invoices?

20     A      Yes.  The salesmen are paid -- the three

21  salesmen, the agreement I had with them, Jed, Eric,

22  and Jeff, was that they would be paid 1 percent each

23  of the gross profit from -- of the gross sale that

24  all of them made, so they were paid equally on each

25  other's sales.

Page 53

1      Q     Okay.

2      A     And that, in hindsight, is a poor way to

3  set up a pay schedule because that breeds

4  complacency when you can sit back and let somebody

5  else do the work and you get paid.

6      Q     Can you explain how collections on

7  invoices impacted how the salesmen were paid?

8      A     Yes.  Collections on invoices -- it's the

9  salesmen's responsibilities for collections.

10  According to PACA, which is an acronym for a federal

11  agency regulation to get paid, you're supposed to be

12  paid for farm products within 21 days, and it's the

13  salesman's responsibility to collect that money.

14          So it typically never happens all of them

15  run over 21 days, but it's their responsibility.

16  And they get aging reports that shows how far out

17  that particular -- each particular sale is.

18          So like if they have an aging report that

19  gets sent to them out of the office, which they can

20  pull their own aging report as well and they can see

21  what's uncollected -- but their job is -- and

22  they're paid on collected.  So if they're sitting

23  there with an aging report that they have people six

24  months out paying, they're not going to get paid,

25  because the company wasn't paid.

Page 54

1        Q    And if you compare the three salesmen, was
2    there any particular salesman that didn't keep up
3    with the aging?
4              MR. STORCH:  Can you just hold on for one
5        second?
6              MS. WASHINGTON:  Sure.
7              MR. STORCH:  Sorry.  My phone is making a
8        noise.  Okay, got it.
9              THE WITNESS:  What was the --
10             MS. WASHINGTON:  Can you read that back,
11       please.
12             (Whereupon, the requested portion was read
13       back.)
14             MS. WASHINGTON:  Let me withdraw that.
15       Thank you.
16   BY MS. WASHINGTON:
17       Q    So when you compared the three salesmen,
18   was there any salesman in particular that didn't go
19   back to collect on these invoices?
20       A    I didn't look at that as I looked at --
21   the length of time on the collection, I didn't look
22   at that as hard as I looked at overall
23   profitability, the price that you sell a product
24   for.
25       Q    Okay.  So can you explain to us what is,

Page 55

1    in your opinion, the most important indicator of

2    profitability with regards to the salesmen?

3         A    It's the price that you sell our product

4    for.  It's the end of the day and our overall

5    average price, because the higher the price, the

6    higher the price is above production, and it's the

7    more money you make.  So you can sell -- be the

8    cheapest guy on the block and sell lots of packages

9    at a low margin and look good like you're selling a

10   lot and still lose money or still lose money for the

11   farm.

12        Q    And one more question.  Have you ever

13   worked with -- and what I mean by "worked with" is

14   like worked side by side within a job -- with anyone

15   who has had prostate cancer?

16        A    I have several friends that have had it,

17   friend and neighbors.  And my wife has also had

18   breast cancer, and I worked with her through all of

19   her treatments with cancer, so I'm aware of cancer

20   and treatments and what have you.  And I'm willing

21   to work through whatever.

22        Q    And in your experience, has that diagnosis

23   of cancer impacted their ability to work?

24        A    No.

25        Q    And when you first learned of these

Page 56

1  allegations that Mr. Stepanovich made against you

2  for firing him due to his disability, how did you

3  feel about that?

4       A    I was mad.  I felt like he knew the type

5  of person that I am, that there's no way in the

6  world that I would do that.  But obviously he's --

7  something is -- it just feels like I was betrayed by

8  a close friend.

9       Q    I don't have anymore questions.

10           MS. WASHINGTON:  Noah, do you have some?

11           MR. STORCH:  I don't.

12           MS. WASHINGTON:  Michelle, we would like

13      to read and sign.

14           THE COURT REPORTER:  Okay.

15           MS. WASHINGTON:  And we would like an

16      expedited copy.  Can you get it to us in five

17      business days, by next Thursday?

18           THE COURT REPORTER:  Sure.  I can do that.

19           Well, let me make sure, who's ordering the

20      original?

21           MS. WASHINGTON:  We need an original

22      certified.

23           THE COURT REPORTER:  Okay.

24           MS. WASHINGTON:  And do you have

25      electronic?  Do you have an order form?

Page 57

1          THE COURT REPORTER:  I'll get it for you

2     in one second.

3          Mr. Storch, do you need a copy of the

4     transcript?

5          MR. STORCH:  I don't need one right now.

6          THE COURT REPORTER:  Okay.  Thank you all.

7          (Whereupon, the deposition was concluded at

8     3:08 p.m. and signature was reserved.)

9

10                         -   -   -

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                     DISCLOSURE
 2    STATE OF GEORGIA:
 3    COUNTY OF LOWNDES:
 4
              Pursuant to Article 10.B. of the Rules and
 5    Regulations of the Board of Court Reporting of the
      Judicial Council of Georgia, I make the following
 6    disclosure:
 7              I am a Georgia Certified Court Reporter
      reporting for Memory Reporting, Inc., P.O. Box 453,
 8    Blackshear, Georgia 31516, 912-449-8486.
 9              Memory Reporting, Inc. is not disqualified
      from a relationship of interest under the provisions
10    of O.C.G.A. 9-11-28(c).
11              Memory Reporting, Inc. was contacted by
      the offices of Richard Celler Legal, PA to provide
12    court reporting services for this deposition.
13              Memory Reporting, Inc. will not be taking
      this deposition under any contract that is
14    prohibited by O.C.G.A. 15-14-37 (a) and (b).
15              Memory Reporting, Inc. has no exclusive
      contract to provide reporting services with any
16    party to the case, any counsel in the case, or any
      reporter or reporting agency from whom a referral
17    might have been made to cover this deposition.
18              Memory Reporting, Inc. will charge its
      usual and customary rates to all parties in the
19    case, and a financial discount will not be given to
      any party to this litigation.
20
              A review of the transcript was requested.
21
22           _____
             Michelle Subia, RPR, CCR
23           Certificate No. 5817-0834-4721-4080
24
25
```

Page 59

```
 1                    CERTIFICATE
 2   STATE OF GEORGIA:
 3   COUNTY OF LOWNDES:
 4
 5            I, Michelle Subia, Certified Court
 6   Reporter, State of Georgia, Certificate No.
 7   Certificate No. 5817-0834-4721-4080, CERTIFY that,
 8   acting in such capacity, I reported the testimony
 9   herein and, on the foregoing pages, have transcribed
10   a true and correct transcript thereof.  A review of
11   the transcript was requested.
12            I FURTHER CERTIFY that I am not counsel
13   for, nor am I related to any party to the above
14   case, nor am I interested in the event or outcome.
15            WITNESS my hand and official seal as
16   Certified Court Reporter, State of Georgia, this
17   30th day of January, 2020.
18
19
20
21
                   _____
22                 Michelle Subia, RPR, CCR
                   Certificate No. 5817-0834-4721-4080
23
24
25
```

Page 60

1                      ERRATA PAGE

              IN RE: Stephanovich vs

2              Ken Corbett Farms, LLC

3          I, Kenneth Corbett, the witness

   herein, have read the transcript of my testimony and

4  the same is true and correct, to the best of my

   knowledge, with the exception of the following

5  changes noted below, if any:

6  Page / Line /          Change           / Reason

7  _____    _____

8  _____    _____

9  _____    _____

10 _____    _____

11 _____    _____

12 _____    _____

13 _____    _____

14 _____    _____

15 _____    _____

16 _____    _____

17 _____    _____

18 _____    _____

19 _____    _____

20 _____    _____

21 _____    _____

22 _____    _____

23 _____    _____

24 _____    _____

25 _____    _____

Page 61

```
 1              ERRATA PAGE (Continued)
 2        In Re:  Stephanovich vs
                  Ken Corbett Farms, LLC
 3
 4          I, Kenneth Corbett, the witness
      herein, have read the transcript of my testimony and
 5    the same is true and correct, to the best of my
      knowledge, with the exception of the following
 6    changes noted below, if any:
 7    Page / Line /          Change          / Reason
 8    _____    _____
 9    _____    _____
10    _____    _____
11    _____    _____
12    _____    _____
13    _____    _____
14    _____    _____
15    _____    _____
16    _____    _____
17    _____    _____
18    _____    _____
19
20                          _____
                            Kenneth Corbett
21
22    Sworn to and subsribed before me,
      this the _____ day of _____, 2020.
23
24
                            _____
25
```

Page 62

1                   VERITEXT LEGAL SOLUTIONS
                One Biscayne Tower, Suite 2250
2                 2 South Biscayne Boulevard
                    Miami, Florida 33131
3                      305-376-8800
    January 30, 2020
4

    Kenneth Corbett
5   c/o DESTINY S. WASHINGTON
    Ford Harrison
6   271 17th Street NW, Ste. 1900
    Atlanta, Georgia  30363
7   dwashington@fordharrison.com
8   RE: Stepanovich, Jeffrey -vs- Ken Corbett Farms, LLC
9   Dear Ms. Washington:
10  With reference to the deposition of Kenneth Corbett
    taken on 1/23/20 in connection with the above-captioned
11  case, please be advised that the transcript of the
    deposition has been completed and is awaiting
12  signature.
13  Please have your client read the transcript and complete
    the errata page. Upon completion, please send the signed
14  errata to our office at Two South Biscayne Blvd., Ste. 2250,
    Miami, FL, 33131, or email it to litsup-fla@veritext.com.
15
    If this is not taken care of, however, within the
16  next 30 days, we shall conclude that the reading
    and signing of the deposition has been waived and
17  the original, which has already been forwarded to
    the ordering attorney, may be filed with the Clerk
18  of the Court without further notice.
19  Sincerely,
20
21  Production Department
    Veritext Florida
22
23
24
25

**0**

**00186**  1:3

**1**

**1**  52:22
**1/23/20**  62:10
**10,000**  15:19
**10.b.**  58:4
**1008**  1:18
**10368**  2:4
**135**  7:3,5
**15-14-37**  58:14
**1545**  7:3,5
**16**  31:5,20 32:15,17
  33:20 34:9
**17th**  2:8 62:6
**1900**  2:9 62:6
**1968**  6:25
**1996**  4:24
**1:21**  1:15

**2**

**2**  62:2
**2/6/68**  6:24
**2004**  32:11
**2008**  5:2,3,4
**2009**  7:9
**2011**  17:5 31:2
  47:10
**2012**  30:24
**2013**  30:21
**2014**  30:13,16,19
  31:13 32:5,7
**2015**  31:4,5,17,20
  31:22 32:15,16,18
  32:24 33:5,14,20
  34:9 37:21 38:1,16
  47:6
**2016**  16:5,6,8 38:7
  38:20 47:5
**2017**  16:3 21:7,19
  35:2 38:21 45:1,6

46:24 47:2,5 49:23
  51:19
**2018**  9:11 13:1
  15:25
**2019**  9:7,10,12 12:5
  15:22
**2020**  1:15 9:14
  16:12,21 59:17
  61:22 62:3
**21**  53:12,15
**2250**  62:1,14
**23rd**  1:15
**271**  2:8 62:6

**3**

**30**  62:3,16
**30363**  2:9 62:6
**305-376-8800**  62:3
**30th**  59:17
**31516**  58:8
**31603**  1:19
**31636**  7:4
**33131**  62:2,14
**33324-4241**  2:4
**3:08**  1:16 57:8

**4**

**4**  3:4
**404-888-3821**  2:10
**453**  58:7

**5**

**50**  3:5
**5817-0834-4721-...**
  58:23 59:7,22

**6**

**6th**  6:25

**7**

**77**  12:21
**7:18**  1:3

**8**

**84**  2:4
**866-344-9243**  2:5

**9**

**9-11-28**  58:10
**90s**  5:3
**912-449-8486**  58:8

**a**

**ability**  26:23 29:6
  55:23
**able**  11:10 36:18,22
  37:5,10 40:15
**accounting**  25:16
**acronym**  53:10
**acting**  59:8
**adamant**  19:22
  22:19
**address**  7:2,8
**addressing**  35:12
**advised**  62:11
**afternoon**  4:7
**agency**  53:11 58:16
**aging**  53:16,18,20
  53:23 54:3
**ago**  5:16,17
**agreement**  52:21
**ahead**  23:24 24:10
  25:8 45:18 46:22
  49:5
**ailments**  41:4
**allegations**  48:11
  56:1
**alleged**  34:17
**allegedly**  37:12
**allow**  6:8
**amounts**  31:20
**answer**  6:2,8,20
  7:23 13:15 17:25
  18:6 19:4 20:5
  22:23 23:15,24

26:7 27:6 48:2
**anybody**  9:18
  43:19
**anymore**  44:12
  56:9
**appearances**  2:1
**appearing**  2:2,6
**approximate**  14:19
**april**  45:6 49:23
**arguing**  31:11
**arrangement**  51:22
  52:2,5
**article**  58:4
**asked**  26:20
**asking**  15:9 18:8
  20:13,14 26:11
  28:14 32:5,7
**assume**  6:21 26:22
  46:1
**assuming**  26:22
**atlanta**  2:9 62:6
**attended**  21:17
**attention**  19:17
**attorney**  20:1,2
  62:17
**august**  38:12
**authority**  46:3
**average**  34:9,17
  35:12,21 36:9,20
  36:24 55:5
**awaiting**  62:11
**aware**  19:9,12
  22:16,25 23:3
  29:23,24 31:5
  32:19 34:21 35:15
  36:14 38:6 43:17
  48:9,18 55:19

**b**

**b**  4:14 58:14
**back**  9:17,21 11:20
  11:22 12:4 13:20

13:22 19:21 27:1
30:17,20,22,25
31:11,13,17,22
32:1,1,11 34:3 53:4
54:10,13,19
**bad** 37:22
**based** 19:1 31:5,8
36:4
**believe** 47:22
**believed** 37:7
**believes** 15:14
**best** 6:8,9 49:12
60:4 61:5
**betrayed** 56:7
**better** 50:20
**birth** 6:23
**biscayne** 62:1,2,14
**bit** 40:8
**blackshear** 58:8
**block** 55:8
**blvd** 62:14
**board** 58:5
**boulevard** 62:2
**box** 58:7
**break** 6:14 42:20
42:22 43:4
**breast** 55:18
**breeds** 53:3
**bring** 40:16
**brokerage** 40:5
51:9,10,12,22 52:1
52:2,5,7
**brokering** 51:17
**brought** 19:17
**business** 15:2 37:3
37:13,19 40:5,9
51:10,12 56:17
**businesses** 10:18
**buy** 15:19 40:20,22
**buying** 40:12

**c**

**c** 4:14 58:10 62:5
**call** 10:4 43:15
**called** 20:20 49:22
**cancer** 17:8,11,15
17:19 18:4,17 19:2
19:10,13 22:14,21
23:7 29:22 30:1,9
41:2,7 45:21,24
47:22 48:5,7 55:15
55:18,19,19,23
**capacity** 4:16 7:21
40:2 59:8
**captioned** 62:10
**care** 62:15
**case** 1:3 31:6,8,11
58:16,16,19 59:14
62:11
**ccr** 1:23 58:22
59:22
**celler** 2:3 58:11
**certain** 23:25 24:11
26:8 35:24,25
36:12 38:8 39:13
39:16 50:16
**certainly** 15:13
**certificate** 58:23
59:1,6,7,22
**certified** 56:22 58:7
59:5,16
**certify** 59:7,12
**change** 19:7 39:18
43:1 50:2 60:6 61:7
**changes** 32:24 33:2
37:24 38:4 60:5
61:6
**charge** 27:19 58:18
**cheapest** 55:8
**children** 8:6,12,15
**children's** 8:10

**choosing** 11:20
**claim** 41:17
**clarification** 9:9
**clarify** 7:16 44:11
44:12
**clear** 20:8 22:1
**clerk** 62:17
**client** 15:17 20:1
22:2 62:13
**clients** 13:6,12 14:2
14:9,16,22 15:5,10
15:12
**close** 56:8
**collect** 53:13 54:19
**collected** 53:22
**collection** 52:19
54:21
**collections** 38:9
53:6,8,9
**collectively** 24:12
**come** 24:20 40:16
**commencing** 1:15
**comment** 45:16
**comments** 24:19
**commission** 27:2
27:18 52:12,13
**commitment** 28:4
28:22 29:16 49:7
**committed** 29:3
**company** 1:8 12:9
28:6,24 29:6,7,11
29:11,16 32:25
33:13,20 39:14
40:12,18 41:22
49:7,16 53:25
**compare** 54:1
**compared** 54:17
**compensated** 51:24
51:25
**compensation** 52:3
52:4

**complacency** 53:4
**complacent** 37:7
50:14,16
**complete** 62:13
**completed** 62:11
**completely** 49:15
**completion** 62:13
**conclude** 62:16
**concluded** 57:7
**concluding** 1:16
**confided** 44:23
**confirm** 25:5
**confrontation**
47:19
**connecting** 32:4
**connection** 62:10
**consistent** 34:19
**contacted** 58:11
**context** 27:25
**continue** 9:13
12:23
**continued** 61:1
**continuously** 34:5
**contract** 58:13,15
**contribute** 46:9
**conversation** 22:13
35:20 39:10,22
43:10 44:20 45:16
46:17,18 47:3,11
50:17,23
**conversations** 26:4
43:25 50:13,25
51:2
**copy** 56:16 57:3
**corbett** 1:7,13 3:3
4:2,19,23 5:5,6 8:1
8:3,13,16,20 9:2,5
9:14,17,22,25 10:8
10:12,25 11:5
13:11 14:1,7,9,16
14:21 15:4,21,24

16:2,7,11,11,20
17:2 20:3 21:3,17
23:13,22 25:13
26:17,19 27:16
28:5,23 30:13,18
32:6,7 34:14 35:2
38:7,17,20 39:24
42:20 47:9,23
50:10 51:13,15
60:2,3 61:2,4,20
62:4,8,10
**cord** 49:12
**corporate** 4:18
**corporation** 10:22
**correct** 6:25 7:1
12:13,16 19:13
22:15,21 24:8
29:19,20,22 30:4,6
32:15 36:3,11
37:24 42:4,8,11,15
45:6,7 47:7 59:10
60:4 61:5
**costs** 29:10
**council** 21:16,18
58:5
**counsel** 58:16
59:12
**counseled** 25:6
**counseling** 23:20
23:21
**county** 58:3 59:3
**couple** 5:13,21
14:20
**course** 20:6 43:20
51:5
**court** 1:1 6:1,3,11
13:19,23 33:24
34:1 56:14,18,23
57:1,6 58:5,7,12
59:5,16 62:18

**cover** 58:17
**crowd** 25:2
**current** 7:2
**currently** 10:14
14:10 41:7
**customary** 58:18
**customer** 40:14,15
40:16
**customers** 24:3
25:22 50:21
**cut** 9:17 11:20,22
12:4 29:10 41:24
49:12
**cv** 1:3

**d**

**d** 3:1
**daddy** 12:20
**daily** 11:2
**date** 6:23 21:9
24:15 35:14 36:18
51:8
**dates** 34:5 50:25
51:7
**davie** 2:4
**day** 11:14 22:4
34:22 49:22,24,25
55:4 59:17 61:22
**days** 22:5,6 53:12
53:15 56:17 62:16
**dear** 62:9
**decide** 49:1,2
**decided** 42:3,6
**decision** 11:22 12:6
46:6,10 48:20
49:20
**decreasing** 49:18
**defendant** 1:9 2:6
4:18
**definitely** 4:9
**definition** 12:17,19
12:22

**department** 62:21
**dependent** 28:4,22
**depends** 12:17 25:1
**deposed** 5:15,18
**deposition** 1:13
4:16 5:10 27:10
48:16 50:1 57:7
58:12,13,17 62:10
62:11,16
**despite** 47:21 48:4
**destiny** 2:7 20:16
26:10 62:5
**details** 20:4
**diagnosed** 30:9
**diagnosis** 55:22
**diary** 36:21
**die** 11:14
**different** 25:21
40:2
**difficult** 6:12 13:23
**dinner** 46:11
**direct** 52:10
**directed** 24:5,7,24
24:25
**disability** 41:8 56:2
**discipline** 23:19,21
**disciplined** 23:12
23:16 25:5
**disclose** 20:4
**disclosure** 58:1,6
**discount** 58:19
**discover** 34:14,16
**discovered** 32:23
33:4,20 37:21
**discrimination**
27:19
**discuss** 26:12 41:25
52:16,17
**discussed** 20:15
43:18,23 46:21
48:12,16

**discussion** 27:4
35:11 42:13
**discussions** 23:2
44:6,24 45:2,23
46:12
**disqualified** 58:9
**district** 1:1,1
**division** 1:2
**document** 27:11,17
27:21 28:9 36:13
**documents** 22:12
25:4,11 26:17 27:1
27:4
**doing** 10:14,17,20
12:10,24,25 13:1
27:23 38:9 40:14
40:15 52:10
**draft** 27:12
**drafted** 27:1
**drafting** 27:16
**due** 56:2
**duly** 4:3
**duties** 48:7
**dwashington** 2:10
62:7

**e**

**e** 2:3 3:1 4:14,14,14
**earlier** 50:12
**early** 21:7
**easily** 5:23
**eeoc** 19:18 22:12
31:12 35:4 45:25
**efforts** 37:12,18
**either** 22:7 23:19
32:11 46:12
**electronic** 56:25
**email** 49:9,11 62:14
**employed** 8:1,3
17:2 28:6,24 40:25
**employees** 9:19,20
10:5,25 11:5

**employment** 5:19
23:13,22 25:6 26:3
26:9 27:2,18 28:3
28:21 35:22 36:12
37:3 51:6
**engage** 51:13
**equal** 27:1,17
**equally** 52:24
**eric** 21:23,24 29:19
29:25 30:8 44:20
45:3,9,16,20,24
46:1,3,13,16 47:8
52:13,21
**errata** 60:1 61:1
62:13,14
**esquire** 2:3,7,12
**event** 59:14
**evidentiary** 27:10
**evidently** 19:23
**exact** 10:13 21:9
39:10,22 51:8
**exactly** 12:10 14:18
46:18 47:2
**examination** 3:4,5
4:5 50:8
**exception** 60:4 61:5
**exclusive** 58:15
**existence** 16:11
**expand** 31:7
**expected** 16:21
**expedited** 56:16
**expense** 49:18
**experience** 55:22
**explain** 40:3,7,9
51:9 53:6 54:25
**explanatory** 7:19

**f**

**f** 26:2
**fact** 32:5 35:12
36:8 37:6,11,17
47:21 48:4,6

**fair** 20:16
**false** 28:7,15,25
**familiar** 16:24
**famous** 25:21,25
35:7,16 36:14
**far** 27:5 31:16,17
42:25 45:18 52:1
53:16
**farm** 26:23 31:16
31:23 52:10 53:12
55:11
**farming** 10:16
**farms** 1:7 4:19,23
5:5,6 8:1,4,13,16
8:21 9:2,5,14,17,22
9:25 10:8,12,25
11:5 13:11 14:1,7
14:10,17,21 15:4
15:21,24 16:2,11
16:12,20 17:2
21:17 23:13,22
25:13 28:5,23
30:13,19 32:6,8
38:7,17,20 39:24
47:9,24 51:14,15
60:2 61:2 62:8
**father** 11:10
**favor** 6:2
**february** 6:25
21:10,11,18 38:12
**federal** 53:10
**feel** 6:15 15:17
29:15 49:6 56:3
**feels** 56:7
**felt** 29:14 49:8,11
56:4
**filed** 19:17 27:19
39:1 62:17
**filing** 35:4
**financial** 30:14,19
31:14 32:6 37:22

38:17,20 58:19
**financially** 38:7
40:19
**find** 18:3 19:3,15
24:2
**fine** 20:17 27:12
**finish** 6:8 42:21
**fire** 46:4 48:22
**fired** 17:12,15,20
18:1
**firing** 44:21 45:19
56:2
**first** 4:3,23 18:3
32:19 34:20 38:6
38:14 47:8 55:25
**five** 14:12,22 15:5
15:10,12,14 43:6
56:16
**fl** 62:14
**fla** 62:14
**florida** 2:4 62:2,21
**floridaovertimela...**
2:5
**follow** 44:10
**following** 16:18
42:17 58:5 60:4
61:5
**follows** 4:4
**ford** 2:8 62:5
**fordharrison.com**
2:10 62:7
**foregoing** 59:9
**forever** 42:9
**forgotten** 19:23
**form** 7:15,22 13:9
13:14 14:3,23 15:6
16:14 17:23 18:5
22:22 23:14,23
24:9,17 25:7,14
26:6 27:3,8 30:2,10
31:18,24 32:9 33:7

33:22 34:10 35:5
38:13 41:20 42:16
45:11 46:25 47:25
48:17,23 49:4
56:25
**formed** 4:23
**forward** 29:17 49:8
**forwarded** 62:17
**found** 18:8,20
33:13 38:19
**foundation** 27:5,9
**four** 5:17 14:12,22
15:5,9,11,14
**fourth** 42:14 48:21
49:1
**free** 6:15
**fresh** 31:10
**friend** 55:17 56:8
**friends** 55:16
**further** 31:22 50:4
59:12 62:18
**fussing** 24:21

**g**

**game** 50:18
**generally** 38:10
39:11
**georgia** 1:1,8,19
2:9 7:3,6 58:2,5,7,8
59:2,6,16 62:6
**give** 34:4,22 35:14
41:18 51:8
**given** 58:19
**go** 5:21 23:24 24:10
25:8 38:16,19 39:4
46:22 49:5 54:18
**goal** 11:23 12:1
**god** 11:23
**goes** 52:1
**going** 5:21 6:11,20
9:13 15:24 19:24
19:25 20:8,11

31:11 42:7,18
46:23 53:24
**good** 4:7 55:9
**goodness** 5:16
**gregory** 1:18 2:12
**gross** 52:23,23
**ground** 5:22
**grow** 29:6
**growing** 29:16
**growth** 37:2
**guess** 14:11,20 26:2
32:4,12 39:3
**guessing** 21:21
**guy** 40:11 55:8

## h

**h** 4:14
**hand** 59:15
**happened** 42:15
**happens** 53:14
**hard** 11:19 54:22
**hardship** 31:15
32:6,8 37:23 38:17
**hardships** 30:14,19
**harrison** 2:8 62:5
**head** 6:4
**hear** 13:16,24 50:6
**help** 29:6
**helped** 40:18
**high** 40:20,22
**higher** 24:3 50:20
55:5,6
**highway** 7:3,5
**hindsight** 53:2
**hire** 17:6 39:24
40:15 42:3,7 46:3
48:21 49:1
**hired** 17:9 40:4,5
40:11,23 41:6,24
51:18
**hiring** 42:14

**histories** 32:2
**hl** 1:3
**hold** 54:4
**hope** 16:22
**hopefully** 42:1
**hotel** 22:7,10
**hundred** 14:20

## i

**idea** 14:11 36:1,10
41:23
**identify** 35:19
**impacted** 53:7
55:23
**important** 55:1
**improving** 41:18
**increase** 37:13,18
**increasing** 49:17
**indicator** 55:1
**individual** 4:16,17
25:2
**individually** 24:12
24:25
**individuals** 29:21
**inform** 10:7 43:15
**information** 20:14
48:11,15
**informed** 10:10
23:6 43:11 47:15
**insofar** 20:1
**instruct** 20:3
**interest** 58:9
**interested** 59:14
**interrupt** 19:25
**inventory** 25:16
**invoices** 52:19 53:7
53:8 54:19
**issue** 27:10
**issues** 41:12,16

## j

**january** 1:15 38:12
59:17 62:3
**jared** 8:11,19 9:22
9:24 10:23 46:14
**jed** 21:23,24 29:18
29:25 30:9 52:13
52:21
**jeff** 16:24 21:23,24
22:1 36:13 38:21
44:21,25 46:1
52:22
**jeffrey** 1:4 62:8
**jessica** 8:11,22
**job** 24:16 27:23
37:7 47:23 48:7
53:21 55:14
**judicial** 58:5
**justin** 8:11,19,20
9:1,4,21,23,24
10:23 46:14

## k

**k** 4:14
**keep** 36:21 54:2
**ken** 1:7 4:18,22 5:5
5:6 8:1,3,13,16,20
9:2,5,14,17,22,25
10:8,11,25 11:5
13:11 14:1,7,9,16
14:21 15:4,21,24
16:2,7,10,11,20
17:2 21:17 23:13
23:22 25:12 28:5
28:23 30:13,18
32:5,7 38:7,17,20
39:24 47:8,23
51:13,15 60:2 61:2
62:8
**kenneth** 1:13 3:3
4:2 60:3 61:4,20

62:4,10
**kids** 8:23 10:1 11:2
11:17 12:8
**kimberly** 7:13 21:2
**kind** 13:7,12 37:15
49:14
**knew** 17:14 49:16
56:4
**know** 6:15,18 8:23
10:4,14,24 11:23
14:9,16 15:16,18
16:22 17:1,10,21
19:19,20 20:9 21:6
21:15 28:2 30:20
30:22,25 31:19
32:10,12,14,16,20
33:1 39:4,21 41:3,6
43:20,24 44:8,11
44:19 45:15,15,18
45:20,22 46:16
47:5 49:24 50:15
**knowing** 18:16
**knowledge** 4:17
29:25 30:8,18 41:2
45:20 46:1 48:10
48:14 60:4 61:5
**knows** 18:25 19:1
44:2,6

## l

**laid** 10:3,4 27:5
**lake** 7:3,5
**land** 10:20,21,22
**large** 31:20
**law** 1:18
**lawsuit** 5:19 18:21
48:11,15
**lawyer** 20:10,11,15
**lawyers** 43:20 44:1
44:9,17
**learned** 55:25

**legal** 2:3 58:11 62:1
**length** 26:8 54:21
**lengthy** 44:20
**liability** 1:8
**limited** 1:8 27:8
**line** 60:6 61:7
**lines** 46:20
**litigation** 58:19
**litsup** 62:14
**little** 40:8
**live** 7:10
**lived** 7:8
**lives** 10:2
**llc** 1:7 4:19,23 5:6
  28:5,23 60:2 61:2
  62:8
**long** 7:8 23:5 43:4
  43:10
**longer** 10:5,8,11,24
  11:4 27:14
**look** 27:24 28:10,11
  30:17 31:13,22,25
  32:1,7,11 35:1,3,6
  54:20,21 55:9
**looked** 31:17 32:14
  36:5 54:20,22
**looking** 30:20,22
  30:25
**lose** 15:2 55:10,10
**losing** 29:12 39:14
**loss** 38:7,20
**lost** 31:19,23 32:16
  32:18,24 33:4,13
  33:13,21
**lot** 51:17 55:10
**lots** 55:8
**loud** 6:3
**low** 40:20,22 55:9
**lower** 34:17 36:9
  51:4

**lowest** 29:15
**lowndes** 58:3 59:3

## m

**m** 26:2
**mad** 56:4
**making** 37:12 54:7
**manager** 44:21,22
**march** 21:10,11,18
**margin** 55:9
**marking** 40:13
**matter** 20:13
**mean** 9:9 17:18,18
  29:4 31:7 32:20
  35:1 39:19 40:3,9
  55:13
**meaning** 29:18
  42:14
**means** 7:16,17
  12:22,24 17:19
  49:17
**meant** 26:20,22,25
**meet** 10:23
**memory** 58:7,9,11
  58:13,15,18
**mentioned** 20:3
**miami** 62:2,14
**michelle** 1:23 56:12
  58:22 59:5,22
**middle** 1:1
**mind** 31:10 40:7
  49:15
**minors** 8:8
**minute** 9:21
**minutes** 43:6
**mischaracterizing**
  18:18
**misstating** 14:24
  15:7,8 18:18
**money** 15:2,17 29:7
  29:12 31:20,23
  32:16,18,24 33:4

33:13,14,21 39:14
  51:17 53:13 55:7
  55:10,10
**month** 21:8,9
**months** 53:24
**move** 6:9 49:8
**moving** 29:17
**multiple** 22:5,6
  45:1

## n

**n** 1:18 3:1 4:14,14
**name** 4:7,12 7:12
  21:2,15 25:23
  51:19
**names** 8:10
**need** 6:14 9:18 10:7
  15:19 21:8 24:2
  27:11,24 28:2,4,22
  29:1,1,2,3 43:5
  46:20,21 56:21
  57:3,5
**needed** 10:11,25
  11:5 49:16 50:17
  50:17
**neighbors** 55:17
**neither** 29:21
**never** 15:11 20:8
  20:11,14 29:24
  42:15 53:14
**noah** 2:3,5 4:8 7:16
  19:25 28:8 42:19
  50:6 56:10
**nods** 6:4
**noise** 54:8
**note** 27:24
**noted** 60:5 61:6
**notice** 62:18
**november** 40:1
  51:19
**numbers** 33:6,8,15
  33:19

**nw** 2:8 62:6

## o

**o** 4:14 26:2 62:5
**o.c.g.a.** 58:10,14
**object** 7:15,22 13:9
  13:14 14:3,23 15:6
  16:14 17:23 18:5
  20:1 22:22 23:14
  23:23 24:9,17 25:7
  25:14 26:6 27:3
  30:2,10 31:18,24
  32:9 33:7,22 34:10
  35:5 38:13 41:20
  42:16 45:11 46:25
  47:25 48:17,23
  49:4
**objection** 27:9
**objections** 27:8
**obviously** 56:6
**office** 1:18 38:2
  44:23 53:19 62:14
**offices** 58:11
**official** 59:15
**okay** 4:15,22 5:5,9
  5:18,21,23,24 6:5,6
  6:12,13,15,16,18
  6:19,21,22 10:3
  15:15 16:10 18:13
  19:12 20:12,19,22
  28:13 36:22 43:3,7
  44:17 47:18 50:10
  51:2,21,24 52:3,11
  52:15 53:1 54:8,25
  56:14,23 57:6
**once** 45:14
**operations** 28:5,23
**opinion** 55:1
**opportunity** 27:2
  27:18 41:19
**options** 49:14

**oral** 6:3
**order** 56:25
**ordering** 56:19
  62:17
**original** 56:20,21
  62:17
**orlando** 21:13 22:8
**outcome** 59:14
**outside** 52:5
**overall** 52:3 54:22
  55:4

**p**

**p.m.** 1:15,16 57:8
**p.o.** 58:7
**pa** 2:3 58:11
**paca** 53:10
**package** 51:3
**packages** 55:8
**page** 3:2 60:1,6
  61:1,7 62:13
**pages** 59:9
**paid** 52:18,20,22
  52:24 53:5,7,11,12
  53:22,24,25
**park** 7:3,6
**part** 38:14
**particular** 24:14
  53:17,17 54:2,18
**parties** 58:18
**party** 58:16,19
  59:13
**patterson** 1:18
**pay** 53:3
**paying** 24:3 50:20
  53:24
**pc** 1:18
**people** 53:23
**percent** 52:22
**performance** 24:16
  37:8 41:18 50:14

**performed** 47:23
**performing** 48:7
**period** 8:23 17:3
  24:1 35:24
**periodically** 33:9
  34:6,12 35:7
**person** 10:24 11:1
  39:7 40:23 56:5
**personnel** 33:2
  37:24 38:3
**phone** 39:7,8 54:7
**phrased** 28:2
**pick** 50:17
**place** 21:11
**plaintiff** 1:5 2:2
**plan** 48:22
**please** 4:13 6:2,7
  6:14,18 13:20
  48:13 54:11 62:11
  62:13,13
**point** 49:12
**poor** 53:2
**portion** 13:21 34:2
  54:12
**possible** 5:23
**present** 2:12
**pretty** 7:18
**prevent** 48:7
**previously** 16:13
  22:25
**price** 34:9 35:12,22
  36:9,20,24 51:3
  54:23 55:3,5,5,6
**prices** 24:21 34:17
**prior** 31:14 33:17
  44:21 45:1,10
  49:25
**privilege** 20:2
**probably** 8:24 10:1
  16:22,23 21:20
  33:16 44:18

**problem** 18:14
**process** 52:17
**produce** 19:22
  21:16,18 29:2
  40:12
**produced** 4:3
**producer** 29:15
**producing** 25:12
**product** 15:19,22
  15:25 16:3,8 20:2
  54:23 55:3
**production** 26:5,12
  26:14,14,21 27:22
  28:4,22 29:4 33:15
  33:19 55:6 62:21
**products** 51:21
  53:12
**profit** 14:21 15:4,9
  26:23 52:23
**profitability** 54:23
  55:2
**profitable** 49:17
  51:13,15
**profits** 49:18
**program** 25:24
**prohibited** 58:14
**pronunciation** 4:10
**prostate** 55:15
**proud** 11:9,17,18
**provide** 58:11,15
**provisions** 58:9
**pull** 53:20
**pulling** 27:25
**pursuant** 58:4
**put** 20:10 25:18

**q**

**question** 6:17,20,21
  7:19 10:6 13:20,24
  15:1 18:8,15,16,23
  19:2,7 26:11,20
  29:8 30:7 33:12,23

35:18,19 36:7,17
  37:14 39:3 41:14
  42:21 44:5,6,10
  48:3,13 51:11 52:6
  55:12
**questions** 20:13
  50:4,5,10 56:9
**quickly** 5:23
**quit** 45:17 46:20,22

**r**

**r** 4:14
**ran** 36:13
**random** 36:4
**randomly** 34:12
**rates** 58:18
**reaction** 47:17
**reactions** 11:7
**read** 13:20,21 34:2
  54:10,12 56:13
  60:3 61:4 62:13
**reading** 62:16
**realized** 32:23
**really** 35:1
**reason** 18:24 29:13
  39:17,23 60:6 61:7
**recall** 9:24 10:10
  10:13 11:3,7 17:4
  21:8,9 22:10 27:16
  27:21 38:18,23
  39:1,5,10,11 41:9
  43:13 46:16,17,24
  47:1,2,11,18,19
  49:19 50:22 52:9
**recaps** 32:22 38:9
**recess** 43:8
**recollection** 9:1,4
  33:18
**record** 4:13
**records** 25:15,20
  30:23 31:1,9 32:1

**refer** 5:5
**reference** 62:10
**referral** 58:16
**referring** 5:7 22:2
**regard** 27:18,22
  35:21
**regards** 55:2
**regulation** 53:11
**regulations** 58:5
**related** 5:19 59:13
**relates** 52:18
**relation** 35:17
**relationship** 58:9
**remained** 37:7
**remember** 19:20
  21:13 27:25 46:19
  51:7
**remembered** 19:16
**rent** 10:21,22
**repeat** 11:25 13:8
  28:16 33:23,24
  37:14 41:14 42:5
  48:3,13
**rephrase** 18:22
  44:11
**report** 53:18,20,23
**reported** 1:23 59:8
**reporter** 6:1,3,11
  13:19,23 33:25
  34:1 56:14,18,23
  57:1,6 58:7,16 59:6
  59:16
**reporting** 58:5,7,7
  58:9,11,12,13,15
  58:15,16,18
**reports** 55:22
  35:15 36:5 53:16
**represent** 4:8
**representative** 4:18
**requested** 13:21
  34:2 54:12 58:20

59:11
**reselling** 40:13
**reserved** 57:8
**residential** 7:2
**respond** 18:12
**response** 18:16
**responses** 6:3
**responsibilities**
  53:9
**responsibility**
  53:13,15
**restate** 30:7
**result** 31:16 38:16
**retire** 11:10,17
  12:9
**retired** 11:13 12:10
  12:12,15,20
**retirement** 12:18
  12:22
**review** 33:5,8,14,19
  34:5,8 58:20 59:10
**reviewed** 33:16
**richard** 2:3 58:11
**right** 4:7 5:25 13:4
  52:8,9 57:5
**road** 2:4
**rpr** 1:23 58:22
  59:22
**rules** 5:22 58:4
**run** 12:8 35:15
  53:15
**running** 37:15
  41:23

**s**

**s** 2:7 26:2 62:5
**salary** 41:24
**sale** 52:23 53:17
**sales** 25:17,22 32:1
  33:2,8 35:12 38:2
  44:21,22,23 52:7
  52:10,25

**salesman** 35:13
  41:24 42:4,7,14,14
  47:23 48:8 49:2
  51:18 54:2,18
**salesman's** 34:8
  53:13
**salesmen** 14:13,15
  21:21,22 24:2,20
  24:24 25:22 28:6
  28:24 29:17,18
  35:15,17 36:10
  42:13 44:18 51:4
  51:13,16,16 52:2
  52:18,20,21 53:7
  54:1,17 55:2
**salesmen's** 53:9
**salespeople** 24:7
  34:18
**salespeople's** 33:5
  33:14,19
**salesperson** 39:24
  40:4 48:21
**sat** 26:11
**saw** 22:13
**saying** 41:12
**says** 17:13,18 18:17
  19:5,20
**scale** 13:3
**schedule** 53:3
**se** 23:16,18
**seal** 59:15
**season** 32:21
**seasonal** 9:20
**second** 54:5 57:2
**see** 5:25 11:1 31:14
  31:23 32:7 35:16
  53:20
**self** 7:19
**sell** 15:24 16:12,21
  16:23 26:23 40:20
  40:22 54:23 55:3,7

55:8
**selling** 15:21 16:2,7
  34:9,17 35:8,21
  36:9,20,24 55:9
**send** 62:13
**sending** 27:17
**sent** 27:1 49:11
  53:19
**sentence** 29:5
**serve** 13:6,11 14:1
  14:4
**served** 45:25
**services** 10:11
  58:12,15
**set** 53:3
**share** 52:11,12
**shared** 52:13
**shoulder** 6:4
**show** 19:22 20:19
  20:20,21,22 21:5
  21:10,12,15 22:4
  23:4,5 25:11,22
  27:11
**showed** 36:14 49:8
**shows** 53:16
**shrugs** 6:4
**side** 55:14,14
**sign** 56:13
**signature** 57:8
  62:12
**signed** 62:13
**signing** 62:16
**simple** 36:18
**sincerely** 62:19
**single** 35:20
**sir** 4:7,22 19:9 20:9
  34:1
**sit** 18:25 19:9 53:4
**sitdown** 26:4
**sitting** 53:22

**six** 53:23
**smaller** 13:3
**software** 25:16,17
  25:17 35:8
**sold** 16:20 51:21
**solutions** 62:1
**somebody** 53:4
**son** 44:19
**sons** 44:19 46:12
**soon** 28:12
**sorry** 5:1 9:3 11:12
  11:25 12:14 13:8
  17:17 18:11 19:25
  25:23 28:16 30:15
  37:14 38:25 40:7
  40:21 42:5 43:22
  48:24 54:7
**south** 7:3,5 62:2,14
**southeast** 21:16,18
**speak** 36:11 41:11
  41:16 45:8
**specific** 24:18
  33:12,18 34:4,22
  35:10,14,23 36:18
  37:1,5,10,16,20
**specifically** 34:8
**spell** 4:12 26:1
**spoke** 24:11,15
  35:25 36:2,2,8,19
  36:23 37:2,6,11,17
  41:21,22
**spoken** 20:9 44:9
  44:14
**spring** 21:7,7
**stand** 35:16 46:12
**start** 6:10 47:8
**started** 9:25 11:24
  12:1 17:4
**state** 2:4 4:12 58:2
  59:2,6,16

**stated** 18:15 19:11
**statement** 28:7,15
**states** 1:1 27:17
**stay** 22:7
**ste** 62:6,14
**stepanovich** 1:4 4:8
  4:9,10 16:24 17:1,8
  17:11,14 18:17
  19:2,10,13 20:23
  22:2,14,21 23:9,12
  23:21 24:6,15,25
  25:5,12 26:4,12
  27:19,22 29:9
  34:16 35:2,11,21
  36:1,8,19,23 37:2,6
  37:11,17 39:6,25
  41:10,15 42:10
  43:11,15,19,24
  44:8,15 45:2,3,5,9
  46:7,15 47:13,15
  47:21 48:4,6,22
  49:3,20 50:13 51:3
  51:25 52:4 56:1
  62:8
**stepanovich's** 18:4
  23:6 28:3,21 45:21
  45:24 48:15
**stephanie** 27:7
**stephanovich** 60:1
  61:2
**storch** 2:3 3:4 4:6,8
  7:18,20,25 13:10
  13:19,25 14:6,25
  15:8,13,20 16:19
  17:24 18:7,20,24
  19:6,8 20:6,7,16,18
  23:1,17 24:4,13,22
  25:10,19 26:10,16
  26:18 27:7,15
  28:11,14,18,20
  30:3,12 31:21 32:3

32:13 33:10,24
  34:7,13 35:9 38:15
  42:2,23,24 43:4,7,9
  45:13 47:4 48:1,19
  48:25 49:10 50:7
  54:4,7 56:11 57:3,5
**street** 1:18 2:8 62:6
**strictly** 40:5 51:21
**strike** 14:7 22:18
  34:15 48:5
**structure** 33:3
**stuff** 35:8
**subia** 1:23 58:22
  59:5,22
**subsribed** 61:22
**sued** 38:23
**suffered** 32:6,8
  37:22 38:7,20
**suffering** 41:7
**sufficient** 37:12,18
**suit** 19:18,18 39:2
**suite** 2:9 62:1
**supplied** 36:13
**supposed** 53:11
**sure** 8:24 10:9 11:1
  11:9 26:24 28:1,18
  32:4 33:16 38:5
  41:3 44:12,16
  45:12 47:19 51:5
  54:6 56:18,19
**sustain** 30:13
**switched** 48:21
**switching** 4:9
**sworn** 4:1,3 61:22

**t**

**t** 4:14,14,14
**table** 46:11
**take** 6:4 42:19,20
  42:22 43:4
**taken** 5:10 43:8
  62:10,15

**takes** 21:11
**talk** 6:7,9 41:11,17
**talking** 6:10 19:19
  25:1,2 45:17 46:20
  46:22
**tampa** 21:14 22:8
**telephone** 43:15
**telephonically** 2:2
**tell** 4:22 18:3 23:5
  23:20 24:14 27:12
  34:23 35:10 36:18
  36:22 37:1,5,10,16
  39:7 45:8 47:16
  52:17
**telling** 39:23
**term** 26:14,16
**terminate** 46:6
  49:2,13,20
**terminated** 23:10
  29:9 35:3 39:6,22
  39:25 41:12,17
  42:11 43:16 44:3
  45:2,6 47:16
**terminating** 41:10
  41:15 44:24 45:3
  46:15
**termination** 43:12
  43:18,23 44:7,15
  45:9 47:12
**terry** 40:24 51:20
  52:4,7,12
**testified** 4:4 37:23
  45:10 50:12
**testimony** 14:24
  15:7 17:21 18:1,19
  19:1 22:17,19 36:7
  43:1 50:2 59:8 60:3
  61:4
**thank** 28:19 54:15
  57:6

**theirselves** 35:16
**thereof** 59:10
**thing** 12:25 40:17
  42:1 52:15
**things** 6:4 52:16
**think** 4:24 5:1,4
  7:18 20:19 23:19
  40:1 47:10,18
**three** 5:16 21:20,22
  41:22 52:20 54:1
  54:17
**thursday** 1:15
  56:17
**till** 11:14
**time** 5:14 6:12,14
  8:23,24 10:13
  13:18 17:3,9 18:1
  21:22 22:18 23:22
  24:14,18 34:20
  35:23 36:19 37:1,5
  37:10,16,20 44:19
  45:17 54:21
**times** 5:12 24:2
  26:9 36:2,11,23
  45:8 46:21 50:22
**tired** 12:7
**today** 6:2 18:25
  19:9 48:12,16
**told** 11:4 19:21,22
  22:17,20,24 23:4
  24:1 39:12,20 46:2
**tower** 62:1
**trade** 20:19,20,21
  20:22 21:5 22:4
**transcribed** 59:9
**transcript** 57:4
  58:20 59:10,11
  60:3 61:4 62:11,13
**treatments** 55:19
  55:20

**trouble** 4:9 16:18
**true** 28:7,15,25
  59:10 60:4 61:5
**try** 39:15
**trying** 12:3 29:10
  29:11 44:10
**turn** 26:23 29:11
  39:15 41:22 42:1
  49:7,16
**two** 29:12,17,18,21
  52:16 62:14
**type** 23:19 56:4
**typically** 21:11
  53:14

### u

**u** 26:2
**ultimately** 42:3,6,9
  42:10 45:5
**uncollected** 53:21
**understand** 4:20
  5:6 6:17 12:3,4
  16:15,16 17:17
  26:19 33:11 44:4
**understood** 6:21
  8:25 19:6 25:3
  35:18 36:6,16 41:5
**united** 1:1 27:17
**uses** 26:17
**usual** 58:18

### v

**vague** 26:14,15
**valdosta** 1:2,19
**varies** 32:20
**veritext** 62:1,21
**veritext.com.** 62:14
**voyles** 1:18 2:12
  13:16
**vs** 1:6 60:1 61:2
  62:8

### w

**w** 2:4
**waived** 62:16
**want** 11:15 12:11
  12:24 13:5,13 14:2
  14:5 20:9 25:17
  27:13 28:9 42:21
  43:20,24 44:8
**wanted** 52:15,16
**wanting** 44:11
**wants** 42:20
**washington** 2:7 3:5
  7:15,22 13:9,14
  14:3,23 15:6,11,15
  16:14 17:23 18:5
  18:11,14,22 19:4
  19:24 20:17 22:22
  23:14,23 24:9,17
  25:7,14 26:6,13
  27:3 28:8,13,16,19
  30:2,10 31:18,24
  32:9 33:7,22 34:10
  35:5 38:13 41:20
  42:16,19 43:6
  45:11 46:25 47:25
  48:17,23 49:4 50:5
  50:9 54:6,10,14,16
  56:10,12,15,21,24
  62:5,9
**way** 9:17 27:13
  28:1 49:18,18
  51:24 53:2 56:5
**ways** 41:25
**we've** 31:10
**went** 20:22
**wife** 7:11 19:19
  20:25 21:20 22:14
  22:17,19 23:5
  44:19 47:12 55:17
**willing** 51:16 55:20

**withdraw** 51:10
  52:5 54:14
**witness** 3:2 4:1
  7:24 13:17 14:4
  15:16 16:16 18:10
  18:13 22:24 23:16
  23:25 24:11,18
  25:9,15 26:8 30:11
  31:19,25 32:10
  33:8,23 34:4,11
  35:6 38:14 41:21
  42:17 45:12 47:1
  48:18,24 49:6 54:9
  59:15 60:3 61:4
**word** 26:21 27:22
  27:25 29:4 50:16
**work** 7:14,16,21
  8:12,20 9:2,5,22
  10:7,15,17,20
  11:14,18,24 12:2
  12:23 13:5 14:2
  20:2 42:1 53:5
  55:21,23
**worked** 8:15 9:10
  9:12 12:7,20 24:1
  35:24 40:12,14
  55:13,13,14,18
**working** 9:10,13,25
  11:11,13 12:13,16
  13:4,5,7,12 14:13
  14:16 47:8
**works** 7:24 44:2
**world** 56:6
**wright** 40:24 51:20
**write** 16:17
**writing** 20:10
**wrong** 18:7 20:20
  26:10

**[x - years]**

| x |
|---|
| **x**   3:1 |

| y |
|---|
| **yeah**   50:7 |
| **year**   9:6,10 16:10 |
| 30:15 33:9 34:6,12 |
| 34:23,24 37:22,25 |
| 38:11,14 45:14 |
| **years**   5:16,17 29:12 |
| 31:9,14 44:24 45:1 |
| 45:10 |

Georgia Code

Title 9, Chapter 11

Article 5, Section 9-11-30

(e) Review by witness; changes; signing.

If requested by the deponent or a party before
completion of the deposition, the deponent shall
have 30 days after being notified by the officer
that the transcript or recording is available in
which to review the transcript or recording and, if
there are changes in form or substance, to sign a
statement reciting such changes and the reasons
given by the deponent for making them. The officer
shall indicate in the certificate prescribed by
paragraph (1) of subsection (f) of this Code
section whether any review was requested and, if
so, shall append any changes made by the deponent
during the period allowed. If the deposition is not
reviewed and signed by the witness within 30 days
of its submission to him or her, the officer shall
sign it and state on the record that the deposition
was not reviewed and signed by the deponent within
30 days. The deposition may then be used as fully
as though signed unless, on a motion to suppress
under paragraph (4) of subsection (d) of Code

Section 9-11-32, the court holds that the reasons given for the refusal to sign require rejection of the deposition in whole or in part.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FORINFORMATIONAL  PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL1, 2019.  PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.